**UNITED STATES DISTRICT COURT FOR THE**
**DISTRICT OF NEW JERSEY**
**(NEWARK)**

| | | |
|---|---|---|
| GAYLE BURGE et al, | § § § | |
| Plaintiffs, | § § | |
| v. | § § | Case No. 2:25cv18908-MCA-AME |
| TRIZETTO PROVIDER SOLUTIONS LLC et al, | § § § | |
| Defendants. | § § § | |

**UNOPPOSED MOTION FOR EXTENSION OF TIME**
**TO ANSWER OR OTHERWISE RESPOND TO**
**PLAINTIFFS' COMPLAINT**

Defendants Trizetto Provider Solutions, LLC ("**Trizetto**") and Cognizant Technology Solutions Corp. ("**Cognizant**") (together, "**Defendants**"), by and through their undersigned counsel, hereby file this Unopposed Motion for Extension of Time to Answer or Otherwise Respond to the Complaint of Plaintiffs Gayle Burge, Ana Lamaire, Natanya Pope, and Norberto Claudio ("**Plaintiffs**"), and shows as follows:

1. Plaintiffs' Complaint was filed December 22, 2025. [ECF 1.]

2. Plaintiffs' Complaint was served on Trizetto on January 14, 2026, such that Trizetto's responsive pleading is due February 4, 2026.

3. Defendants are still investigating the facts underlying these claims and evaluating Plaintiffs' legal positions, including with respect to Plaintiffs' proposed class.

4. Furthermore, Plaintiffs' Complaint is not the only complaint to assert claims against Defendants in connection with the alleged security vulnerability on Trizetto's platform.

5.      Due to the complexity of the issues set forth in the Complaint, and the potential need for consolidation of this Complaint with similar complaints, Defendants respectfully request an extension of time of forty-five days, up to and including March 16, 2026, to file a responsive pleading in this matter.

6.      The undersigned contacted Plaintiffs' counsel to discuss this extension request, and Plaintiffs' counsel stated that Plaintiffs consented to such an extension.

7.      The requested extension is not sought for purposes of delay and, if granted, will not prejudice any party.  This is Defendants' first extension request.

Dated: January 28, 2026                             NORTON ROSE FULBRIGHT US LLP


By: */s/ Sean Topping*

Sean Topping, Bar No. 235462017
sean.topping@nortonrosefulbright.com

1301 Avenue of the Americas
New York, New York  10019-6022
Telephone:     (212) 318-3000
Facsimile:     (212) 318-3400

*Attorney for Defendant Trizetto Provider Solutions LLC and Cognizant Technology Solutions Corp.*

- 2 -