# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| GAYLE BURGE, ANA LAMAIRE, NATANYA POPE, and NORBERTO CLAUDIO, individually, and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br><br>    v.<br><br>COGNIZANT TECHNOLOGY SOLUTIONS CORPORATION and TRIZETTO PROVIDER SOLUTIONS, LLC,<br><br>    Defendants. | Case No.: 2:25-cv-18908<br><br>**Hon. Madeline Cox Arleo** |
| LIAM LYTLE, MARICRUZ JIMENEZ, and CARSON NOEL,<br><br>    Plaintiffs,<br><br>    v.<br><br>TRIZETTO PROVIDER SOLUTIONS, LLC, a Missouri Corporation, COGNIZANT TECHNOLOGY SOLUTIONS CORPORATION, a New Jersey Corporation,<br><br>    Defendants. | Case No. 2:25-cv-18938<br><br>**Hon. Madeline Cox Arleo** |
| ELIZABETH NOBLE,<br><br>    Plaintiffs,<br><br>    v.<br><br>TRIZETTO PROVIDER SOLUTIONS LLC and GENESIS HEALTHCARE HOLDING COMPANY INC. d/b/a GENESIS HEALTHCARE,<br><br>    Defendants. | Case No. 2:25-cv-18967<br><br>**Hon. Madeline Cox Arleo** |

| | |
|---|---|
| MELISSA TRIMBLE, JOANNE TORKOMIAN, FATIMA CHAABAN, KATHY NOBLE-MAYER, MARQUINTHA JOHNSON, LORI DELARIVA, BILLY SIMPSON, SUZANNA ELICH, individually, and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>COGNIZANT TECHNOLOGY SOLUTIONS CORPORATION and TRIZETTO PROVIDER SOLUTIONS, LLC,<br><br>Defendants. | Case No. 2:25-cv-18969<br><br>**Hon. Madeline Cox Arleo** |
| LISA SCORPIO, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>COGNIZANT TECHNOLOGY SOLUTIONS CORPORATION and TRIZETTO PROVIDER SOLUTIONS,<br><br>Defendants | Case No. 2:25-cv-19027<br><br>**Hon. Madeline Cox Arleo** |
| JIM CALDWELL, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>COGNIZANT TECHNOLOGY SOLUTIONS CORPORATION, TRIZETTO PROVIDER SOLUTIONS, LLC, and SAN FRANCISCO HEALTH PLAN,<br><br>Defendants. | Case No. 2:25-cv-19056<br><br>**Hon. Madeline Cox Arleo** |

| | |
|---|---|
| KIM ELIZABETH SCHUSTER, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>COGNIZANT TECHNOLOGY SOLUTIONS CORPORATION, TRIZETTO PROVIDER SOLUTIONS, LLC, and THE METROHEALTH SYSTEM,<br><br>Defendants. | Case No. 2:26-cv-00395<br><br>**Hon. Brian R. Martinotti** |

### ORDER CONSOLIDATING ACTIONS

THIS MATTER, having come before the Court by Plaintiffs Gayle Burge, Ana Lamaire, Natanya Pope, Norberto Claudio, Liam Lytle, Maricruz Jimenez, Carson Noel, Elizabeth Noble, Melissa Trimble, Joanne Torkomian, Fatima Chaaban, Kathy Noble-Mayer, Marquintha Johnson, Lori DeLaRiva, Billy Simpson, Suzanna Elich, Lisa Scorpio, Jim Caldwell, and Kim Elizabeth Schuster (collectively, "Plaintiffs") in the above-captioned cases for their Unopposed Motion for Consolidation of Related Actions, pursuant to Federal Rule of Civil Procedure 42, and the Court having read the papers, **IT IS ORDERED** that the Motion [D.E. 6] is **GRANTED** as set forth below:

1.  The Court hereby consolidates the actions *Burge, et al v. Cognizant Technology Solutions Corporation et al*, No. 2:25-cv-18908, filed December 22, 2025; *Lytle, et al v. Trizetto Provider Solutions, LLC et al*, No. 2:25-cv-18938, filed December 23, 2025; *Noble v. Trizetto Provider Solutions, LLC et al*, No. 2:25-cv-18967, filed December 23, 2025; *Trimble, et al v. Cognizant Technology Solutions Corporation et al*, No. 2:25-cv-18969, filed December 23, 2025; *Scorpio v. Cognizant Technology Solutions Corporation et al*, No. 2:25-cv-19027, filed December 29, 2025; *Caldwell v. Cognizant Technology Solutions Corporation et al*, No. 2:25-cv-19056, filed December 30, 2025; and *Schuster v. Cognizant Technology Solutions Corporation et al*, No. 2:26-

3

cv-00395, filed January 13, 2026. (collectively the "Related Actions"), under the docket number of the first filed case: 2:25-cv-18908, and under the caption "*In re: Cognizant/TriZetto Data Security Incident*" (the "Consolidated Action").

      2.      No further filings shall be made in Case Nos. 2:25-cv-18938, 2:25-cv-18967, 2:25-cv-18969, 2:25-cv-19027, 2:25-cv-19056, and 2:26-cv-00395, which shall be administratively closed. All pleadings therein maintain their legal relevance until the filing of a consolidated complaint. All papers previously filed and served to date in the Related Actions are deemed part of the record in the Consolidated Action.

      3.      This Order shall apply to any subsequently filed putative class action alleging the same or substantially similar allegations. Any actions related to the Actions that are subsequently filed in or transferred to this District, or to be filed or transferred, shall be consolidated herewith.

      4.      Within thirty (30) days of this Order, counsel for Plaintiffs shall file a status report advising the Court of the status actions arising out of the data incident involving Defendants Cognizant Technology Solutions Corporation and/or TriZetto Provider Solutions LLC, including the number of actions pending outside of the District of New Jersey and the status thereof.

      5.      Plaintiffs' status report shall also include a proposal for deadlines for 1) filing applications for the appointment of interim lead counsel under Rule 23(g); 2) filing any other motions, including a motion to transfer venue; 3) filing a consolidated complaint, 4) defendants' response to the forthcoming consolidated complaint, and 5) deadlines for the briefing concerning any motion to dismiss the consolidated complaint.

6.      A telephonic conference concerning the status of related actions and the proposed deadlines is set for **April 15, 2026, at 2:30 p.m.** To join, dial 973-437-5535, access code 314 536 53#.

**SO ORDERED.**

DATED:  March 10, 2026                            */s/ André M. Espinosa*
                                                                  ANDRÉ M. ESPINOSA
                                                                  United States Magistrate Judge