## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| *In re: Cognizant/TriZetto Data Security Incident* | Civil Action No. 2:25-cv-18908-MCA-AME |
| This Document Relates to:<br><br>KIM ELIZABETH SCHUSTER, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>COGNIZANT TECHNOLOGY SOLUTIONS CORPORATION, TRIZETTO PROVIDER SOLUTIONS, LLC, and THE METROHEALTH SYSTEM,<br><br>Defendants. | Civil Action No. 2:26-cv-00395-BRM-LDW |

## NOTICE OF VOLUNTARY DISMISSAL

Plaintiff Kim Elizabeth Schuster, by and through her undersigned counsel, hereby voluntarily dismisses this action against Defendants Cognizant Technology Solutions Corporation, Trizetto Provider Solutions, LLC, and The MetroHealth System, without prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

Dated: March 23, 2026                Respectfully Submitted,

*/s/ James E. Cecchi*
James E. Cecchi
Jason H. Alperstein
**CARELLA, BYRNE, CECCHI,
BRODY & AGNELLO, P.C.**
5 Becker Farm Road
Roseland, New Jersey 07068

Telephone: (973) 994-1700
jcecchi@carellabyrne.com
jalperstein@carellabyrne.com

James J. Pizzirusso*
Kira Hessekiel*
Nicholas Murphy*
Amanda Boltax*
**HAUSFELD LLP**
1200 17th Street, N.W., Suite 600
Washington, DC 20036
Tel.: (202) 540-7200
jpizzirusso@hausfeld.com
khessekiel@hausfeld.com
nmurphy@hausfeld.com
mboltax@hausfeld.com

Steven M. Nathan*
Ashley M. Crooks
**HAUSFELD LLP**
33 Whitehall Street, 14th Floor
New York, New York 10004
Tel.: (646) 357-1100
snathan@hausfeld.com
acrooks@hausfeld.com

*Counsel for Plaintiff and the proposed Class*

*\*pro hac vice forthcoming*

SO ORDERED

_s/Madeline Cox Arleo_
MADELINE COX ARLEO, U.S.D.J.

Date:
3/24/26

2