CLERK
U.S. DISTRICT COURT
DISTRICT OF NEW JERSEY
RECEIVED

2026 MAR 25 A 11: 11

## BEFORE THE UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE COGNIZANT/TRIZETTO DATA BREACH LITIGATION | MDL NO. |

## PLAINTIFF-MOVANTS' MOTION FOR TRANSFER AND CENTRALIZATION OF RELATED ACTIONS TO THE DISTRICT OF NEW JERSEY PURSUANT TO <u>28 U.S.C. § 1407 FOR CONSOLIDATED PRETRIAL PROCEEDINGS</u>

Pursuant to 28 U.S.C. §1407 and Rule 6.2(e) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, Plaintiff-Movants Gayle Burge, Ana Lamaire, Natanya Pope, and Norberto Claudio (collectively, "Plaintiff-Movants"), the named plaintiffs in the action *Burge, et al. v. Cognizant Technology Solutions Corporation, et al.*, Case No. 2:25-cv-18908, (D.N.J.), filed December 22, 2025) (the "*Burge* Action"), respectfully move the Judicial Panel on Multi-District Litigation ("JPML") for an Order transferring and centralizing all Related Actions to the United States District Court for the District of New Jersey.

Transfer and centralization are appropriate because the Related Actions arise out of the same data security incident involving software developed by Defendants Cognizant Technology Solutions Corporation ("Cognizant") and/or TriZetto Provider Solutions, LLC ("TriZetto") (collectively, "Defendants").[1] All Related Actions similarly allege that Defendants developed, marketed, and profited from "Cognizant's TriZetto healthcare products, which include cloud-based software, including billing and revenue management software, for medical services providers

---

[1] TriZetto was acquired by Cognizant in 2014 and operates as a business unit within Cognizant and is operated by Cognizant executives. *Cognizant Completes Acquisition of TriZetto, Creating a Fully-Integrated Healthcare Technology and Operations Leader*, COGNIZANT (Nov. 20, 2014), https://news.cognizant.com/2014-11-20-Cognizant-Completes-Acquisition-of-TriZetto-Creating-a-Fully-Integrated-Healthcare-Technology-and-Operations-Leader.

throughout the United States.[2] Defendants' software solutions are presently utilized by over 800,000 healthcare facilities across the nation, and its servers collect, store, and manage the personally-identifiable-information ("PII"), private-health-information ("PHI"), and financial information (collectively, "Private Information") of over 200 million individuals. All Related Actions arise from the October 2025 cybersecurity incident in which cybercriminals successfully infiltrated Defendants' systems and stole the Private Information belonging to over 3.4 million individuals (the "Data Breach"). All Related Actions allege that Defendants bear responsibility for the Data Breach and seek to hold them accountable. To date, at least twenty-two (22) class action complaints are currently pending against Defendants alleging violations of common law and state consumer protection law resulting from the Data Breach (the "Related Actions"). Further, it is likely that additional cases will continue to be filed against Cognizant, TriZetto, and/or entities that used Defendants' software.

1.     The Related Actions have been filed in a number of at least four federal jurisdictions. Specifically:

    a.  District of New Jersey

        1.  *Gayle Burge, Ana Lamaire, Natanya Pope, and Norberto Claudio v. Cognizant Technology Solutions Corporation and TriZetto Provider Solutions, LLC* (Case No. 2:25-cv-18908, D.N.J., filed December 22, 2025)

        2.  *Liam Lytle, Maricruz Jimenez, and Carson Noel v. TriZetto Provider Solutions, LLC and Cognizant Technology Solutions Corporation* (Case No. 2:25-cv-18938, filed December 23, 2025)

        3.  *Elizabeth Noble v. Genesis Healthcare Holding Company, Inc. d/b/a Genesis Healthcare and TriZetto Provider Solutions LLC* (Case No. 2:25-cv-18967, D. N.J., filed December 23, 2025)

---

[2] *TriZetto Healthcare Administration Solutions*, COGNIZANT, available at: https://www.cognizant.com/us/en/industries/healthcare-technology-solutions/trizetto (last visited Mar. 17, 2026).

4. *Melissa Trimble, Joanne Torkomian, Fatima Chaaban, Kathy Noble-Mayer, Marquintha Johnson, Lori DeLaRiva, Billy Simpson, and Suzanna Elich v. Cognizant Technology Solutions Corporation and TriZetto Provider Solutions, LLC* (Case No. 2:25-cv-18969, D.N.J., filed December 23, 2025)

5. *Lisa Scorpio v. Cognizant Technology Solutions Corporation and TriZetto Provider Solutions* (Case No. 2:25-cv-19027, D.N.J., filed December 29, 2025)

6. *Jim Caldwell v. TriZetto Provider Solutions, LLC, San Francisco Health Plan, and Cognizant Technology Solutions Corporation* (Case No. 2:25-cv-19056, D.N.J., filed December 30, 2025)

7. *Kim Elizabeth Schuster v. Cognizant Technology Solutions Corporation, TriZetto Provider Solutions, LLC, and The MetroHealth System* (Case No. 2:26-cv-00395, D. N.J., filed January 13, 2026)

8. *John Wolf v. TriZetto Provider Solutions, LLC and Cognizant Technology Solutions Corporation* (Case No. 2:26-CV-02344, D.N.J., filed March 6, 2026)

9. *Lania Whiteside v. Cognizant Technology Solutions Corporation and Local Initiative Health Authority for Los Angeles County d/b/a L.A. Care Health Plan* (Case No. 2:26-cv-02373, D.N.J., filed March 6, 2026)

10. *Shannon Lee v. Cognizant Technology Solutions Corporation and TriZetto Provider Solutions, LLC* (Case No. 2:26-cv-02444, D.N.J., filed March 10, 2026)

11. *Annabelle Patterson v. Cognizant Technology Solutions Corporation and Trizetto Provider Solutions, LLC* (Case No. 2:26-cv-02570, D.N.J., filed March 12, 2026)

12. *Ray Madoff v. Defendants Cognizant Technology Solutions Corporation and TriZetto Provider Solutions, LLC* (Case No. 2:26-cv-02634, D.N.J., filed March 13, 2026)

13. *Joseph Sawyer v. Defendants TriZetto Provider Solutions, LLC and Cognizant Technology Solutions Corporation* (Case No. 2:26-cv-02698, D.N.J., filed March 16, 2026)

    b.      Eastern District of Missouri

        1.  *Madeline Longo v. TriZetto Provider Solutions* (Case No. 4:25-cv-01845, E.D. Mo., filed December 17, 2025)

        2.  *Raymond Niessing v. TriZetto Provider Solutions and Gognizant [sic.] Technology Solutions Corporation* (Case No. 4:25-cv-01861, E.D. Mo., filed December 19, 2025)

        3.  *Joseph Wheeler v. TriZetto Provider Solutions LLC and St. Anthony's Physician Organization Hospitalist Services L.C. d/b/a Mercy Clinic South Hospitalists* (Case No. 4:25-cv-01888, E.D. Mo., filed December 30, 2025)

        4.  *Joseph Corbray and Stephanie Jones v. One Community Health and TriZetto Provider Solutions LLC* (Case No. 4:26-cv-00013, E.D. Mo., filed January 6, 2026)

        5.  *Sharyn Anne Limbos Vadla v. Cognizant Technology Solutions Corporation and TriZetto Provider Solutions, LLC* (Case No. 4:26-cv-00070, E.D. Mo., filed January 16, 2026)

        6.  *Shirley Cleveland and Grace Ayandibu v. TriZetto Provider Solutions and Cognizant Technology Solutions Corporation* (Case No. 4:26-cv-00264, E.D. Mo., filed February 23, 2026)

        7.  *Susan Stone and Ernest Easter v. TriZetto Provider Solutions, LLC* (Case No. 4:26-cv-00308, E.D. Mo., filed March 3, 2026)

        8.  *Jason Spangler v. Physicians' Clinic of Iowa, P.C. and TriZetto Provider Solutions, LLC* (Case No. 4:26-cv-00322, E.D. Mo., filed March 5, 2026)

    c.      Northern District of California

        1.  *Charles Hahn v. Open Door Community Health, a California Corporation, TriZetto Provider Solutions, LLC, a Delaware Limited Liability Company, and DOES 1 through 100, inclusive* (Case No. 1:26-cv-02267, N.D. Cal., removed March 17, 2026)

    d.      Eastern District of California

        1.  *Kimberly Taylor v. TriZetto Provider Solutions and Cares Community Health d/b/a One Community Health* (Case No. 2:26-cv-00086, E.D. Ca., filed January 12, 2026).

2.      Centralization of the Related Actions will prevent conflicting pretrial rulings, and conserve judicial resources on identical pre-trial issues including those on the pleadings, merits discovery, expert discovery, and trial preparation issues. In particular, the pleading and discovery conducted in each of the Related Actions will likely be very similar, and will likely involve many of the same or similar documents and witnesses. There have been no discovery or initial disclosures made to date, and, as of this writing, no Answer date has yet occurred, so no prejudice will result from the transfer and consolidation of all Related Actions.

3.      The United States District Court for the District of New Jersey is the most appropriate forum for centralization of the Related Actions, including but not limited to the following reasons:

a.      the District of New Jersey is the home forum for primary defendant Cognizant, who wholly owns TriZetto, and thus is the venue where, on information and belief, key documents and witnesses are located, and where the decision-making concerning the TriZetto software occurred;

b.      the greatest number of currently pending Related Actions were filed in the District of New Jersey;

c.      the District of New Jersey is an easy venue for all parties to reach; and

d.      judges in the District of New Jersey, and judge Madeline Arleo in particular have the experience and resources to oversee MDL actions, especially MDL actions arising out of a data breach.

WHEREFORE, Plaintiff-Movants respectfully request that the Panel centralizes the actions set forth in the Scheduled of Related Actions filed herewith, as well as any tag-along

actions or other cases such as may be subsequently filed asserting related or similar claims in the

United States District Court for the District of New Jersey.


Dated: March 17, 2026                          Respectfully submitted,

                                               /s/ Nickolas J. Hagman
                                               Nickolas J. Hagman
                                               Bryan L. Clobes
                                               **CAFFERTY CLOBES MERIWETHER
                                               & SPRENGEL LLP**
                                               135 S. LaSalle, Suite 3210
                                               Chicago, Illinois 60603
                                               Telephone: (312) 782-4880
                                               Facsimile: (312) 782-4485
                                               bclobes@caffertyclobes.com
                                               nhagman@caffertyclobes.com

                                               *Counsel for Plaintiff-Movants Gayle Burge,
                                               Ana Lamaire, Natanya Pope, and Norberto
                                               Claudio*

## BEFORE THE UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE COGNIZANT/TRIZETTO DATA BREACH LITIGATION | MDL NO. |

## MEMORANDUM IN SUPPORT OF MOTION FOR TRANSFER AND CENTRALIZATION OF RELATED ACTIONS TO THE DISTRICT OF NEW JERSEY PURSUANT TO 28 U.S.C. § 1407 FOR CONSOLIDATED PRETRIAL PROCEEDINGS

Plaintiff-Movants Gayle Burge, Ana Lamaire, Natanya Pope, and Norberto Claudio ("Plaintiff-Movants"), by and through their undersigned counsel, respectfully submit this Memorandum in Support of their Motion for Transfer and Centralization of Related Actions. The undersigned respectfully move that all Related Actions be transferred to the District of New Jersey, where U.S. District Judge Madeline Cox Arleo is presiding over the first-filed action.

As detailed below, compelling logistical reasons justify transfer to the District of New Jersey. Further, Defendant Cognizant Technology Solutions Corporation ("Cognizant"), which wholly owns Co-Defendant TriZetto Provider Solutions, LLC ("TriZetto"), is headquartered in New Jersey, so that key witnesses and documents are likely to be found there. Further, the District of New Jersey has substantial experience both overseeing multidistrict litigation proceedings and addressing the factual and legal issues unique to data breach litigation. Last, as a major air hub and international business destination located near New York City, travel to and from the District of New Jersey is easily accomplished and convenient for most of the parties, witnesses and counsel. Indeed, there are more currently pending actions arising out Defendants' data breach filed in the District of New Jersey than any other federal district.

## I.    INTRODUCTION AND BACKGROUND

There are twenty-three (23) currently pending actions across four federal judicial district courts (hereinafter, the "Related Actions") throughout the nation against either or both Cognizant and TriZetto—in addition to additional entities—arising out of the same data breach. All of these cases assert similar claims arising from a common nucleus of operative facts.[1]

Defendants developed, marketed, and profited from "Cognizant's TriZetto healthcare products, which include cloud-based software, including billing and revenue management software, for medical services providers throughout the United States.[2] Defendants' software is presently utilized by over 800,000 healthcare facilities across the nation, and collects, stores, and manages personally-identifiable-information ("PII"), private-health-information ("PHI"), and financial information (collectively, "Private Information") of over 200 million individuals. In an October 2, 2025 data breach, cybercriminals successfully infiltrated Cognizant's TriZetto software systems and stole private, personally identifying information and protected health information belonging to over 3.4 million patients of medical practices that use Defendants' software (the "Data Breach").

On March 10, 2026, the Related Actions pending in the District of New Jersey were consolidated into the first-filed action under the caption *In re Cognizant/TriZetto Data Security Incident*, Case No. 25-cv-18969. *See Burge, et al. v. Cognizant Technology Solutions Corp., et al.*, No. 2:25-cv-18908, ECF No. 7 (D.N.J. Mar. 10, 2026). The Consolidation Order set a deadline for the parties to propose deadlines for, *inter alia*, the filing of motions to appoint interim leadership

---

[1] There are likely to be additional actions filed against entities arising out of the same data breach, but which do not name either Cognizant or TriZetto as a named defendant.

[2] *TriZetto Healthcare Administration Solutions*, COGNIZANT, available at:

https://www.cognizant.com/us/en/industries/healthcare-technology-solutions/trizetto (last visited Mar. 17, 2026).

pursuant to Rule 23(g), the filing of a consolidated complaint, and Defendants' response(s) thereto.

*Id.*

## II.    ARGUMENT

### A.    Transfer of the Actions for Consolidation and Coordination is Appropriate Under 28 U.S.C. § 1407.

The Panel should transfer and consolidate these cases in a single district because: (1) the Related Actions involve numerous common questions of fact and law; and (2) consolidation will be for the convenience of the parties and witnesses and will promote the just and efficient conduct of this litigation. *See* 28 U.S.C. §1407. The purpose of the multidistrict litigation process is to "eliminate duplicative discovery, prevent inconsistent pretrial rulings on class certification and other issues, and conserve the resources of the parties, their counsel, and the judiciary." *See In re Folgers Coffee Mktg. & Sales Practices Litig.*, MDL No. 2984, 532 F. Supp. 3d 1416, 1417 (J.P.M.L. Apr. 1, 2021) (consolidating five putative class actions alleging defendant engaged in deceptive advertising and marketing practices with respect to labeling of coffee products).

The Related Actions share common questions of law and fact, which include but are not limited to:

- Whether Defendants' data security systems prior to the data breach met the requirements of the applicable laws;

- Whether Defendants' data security systems prior to the data breach met industry standards;

- Whether Plaintiff' and other Class members' private personally identifiable information and/or protected health information was compromised as a result of the data breach;

- The appropriate measure of damages sustained by Plaintiffs and Class members.

3

These common questions evidence that centralization of the Related Actions into a single coordinated action in a single judicial district is warranted. Indeed, this Panel frequently transfers and centralizes cases involving data security breaches. *See In re MOVEit Customer Data Sec. Breach Litig.*, 699 F. Supp. 3d 1402 (U.S. Jud. Pan. Mult. Lit. 2023) (consolidating 101 separate actions across 22 districts arising from a single data breach); *In re T-Mobile 2022 Customer Data Security Breach Litig.*, 2023 WL 3829244 (J.P.M.L. 2023) (consolidating eleven actions across eight districts arising from a data security incident at T-Mobile); *In re KeyBank Customer Data Security Breach Litig.*, 2023 WL 1811824 (J.P.M.L. 2023) (consolidating ten actions across at least three districts arising from a data security incident at Key Bank); *In re Samsung Customer Data Security Breach Litigation*, 2023 WL 1811247 (J.P.M.L. 2023) (consolidating nine actions across four districts arising from a data security incident); *In re Mednax Servs., Inc., Customer Data Sec. Breach Litig.*, No. MDL 2994, 544 F. Supp. 3d 1371, at *1 (J.P.M.L. 2021) (consolidation appropriate where actions "share factual issues relating to a June 2020 incident in which Mednax's e-mail system was breached, potentially compromising the personally identifiable and health-related information of nearly two million individuals."); *In re Blackbaud, Inc., Customer Data Sec. Breach Litig.*, 509 F. Supp. 3d 1362, 1363 (J.P.M.L. 2020) ("These putative class actions present common factual questions concerning an alleged ransomware attack and data security breach of Blackbaud's systems from about February 2020 through May 2020 that allegedly compromised the personal information of millions of consumers doing business with entities served by Blackbaud's cloud software and services.").

Here, each of the twenty-three Related Actions pending in four federal districts arises from Defendants' security practices involving Defendants' software, and the same data breach incident. Each complaint alleges that Defendants' practices violate common law and/or state data privacy

4

laws. Thus, coordinated or consolidated pretrial proceedings through a multidistrict litigation is the most efficient and effective way to handle these cases.

**B.      The District of New Jersey is the Most Appropriate Transferee Forum**

The selection of an appropriate transferee forum depends greatly on the specific facts and circumstances of the litigation being considered for consolidation. The decision involves a "balancing test based on the nuances of a particular litigation" that considers several factors. *See* Robert A. Cahn, *A Look at the Judicial Panel on Multidistrict Litigation*, 72 F.R.D. 211, 214 (1977).

Here, the District of New Jersey is the most appropriate venue for these Related Actions because: (1) New Jersey is the headquarters of Defendant Cognizant, which wholly owns the other primary Defendant, and whose documents and witnesses will be critical to the litigation; (2) more Related Actions were filed in District of New Jersey than any other district; (3) the District of New Jersey is convenient for the parties; and (4) the District of New Jersey has the resources and the subject matter experience that this litigation will require.

**1.      Cognizant, the Key Defendant, is Located in the District of New Jersey**

In proposed MDLs centered on data breaches, the venue where key documents and witnesses are present is a critical factor in deciding where to transfer related actions. *See In re Johnson & Johnson Talcum Powder Prods. Mktg., Sales Practices & Prods. Liab. Litig.*, 220 F. Supp. 3d 1356, 1359 (J.P.M.L. 2016) (selecting District of Jersey because principal defendant was headquartered there). Here, the key documents and witnesses are in New Jersey, where Cognizant, the primary defendant is headquartered. While TriZetto is located in Missouri, following Cognizant's acquisition of TriZetto in 2014, and the two Defendants operate as a single entity under one corporate structure. For example, after Cognizant acquired TriZetto, TriZetto's

executives were named as the heads of the "TriZetto business unit within Cognizant's healthcare practice."[3] As such, the decision-making concerning Cognizant's TriZetto software occurred in New Jersey, and the key documents and witnesses with knowledge of both the software and Data Beach are located in New Jersey. Therefore, transfer of the Related Actions to the District of New Jersey is proper. *In re Samsung Customer Data Security Breach Litigation*; 2023 WL 1811247 at *2 (transferring related actions to the District of New Jersey because "Defendant has its headquarters in New Jersey, where common witnesses and other evidence likely will be found."); *see also, In re Blackbaud, Inc., Customer Data Security Breach Litigation*, 509 F.Supp.3d 1362, 1364 (J.P.M.L. 2020) ("Blackbaud has its headquarters in South Carolina. Thus, common witnesses and other evidence likely will be located in this district.").

### 2.    The Greatest Number of Related Actions are Pending in the District of New Jersey.

A second factor that the Panel frequently looks at is where most of the actions were filed. *See, e.g., In re Fosamax (Alendronate Sodium) Prods. Liab. Litig. (No. II)*, 787 F. Supp. 2d 1355, 1357 (J.P.M.L. 2011) (selecting the District of New Jersey, citing "the number of cases pending there"). Here, the actions arising out of the data breach naming Cognizant and/or TriZetto as a named defendant are pending four District Courts: the District of New Jersey, the Northern District of California, the Eastern District of California, and the Eastern District of Missouri. Out of the four districts, most of the currently pending Related Actions were filed in the District of New Jersey, which favors transfer to New Jersey. *See In re MOVEit Customer Data Sec. Breach Litig.*,

---

[3] *See Cognizant Completes Acquisition of TriZetto, Creating a Fully-Integrated Healthcare Technology and Operations Leader*, COGNIZANT (Nov. 20, 2014), https://news.cognizant.com/2014-11-20-Cognizant-Completes-Acquisition-of-TriZetto-Creating-a-Fully-Integrated-Healthcare-Technology-and-Operations-Leader (noting that Jude Dieterman was the President and COO of TriZetto prior to the acquisition, and became the "Chief Executive for the TriZetto business unit within Cognizant's healthcare practice" following the acquisition).

699 F. Supp. 3d at 1407 ("We are persuaded that the District of Massachusetts is the appropriate transferee district for these cases. More cases are pending in this district than in any other district . . . ."). The choice of venue is an important decision that reflects the judgment of counsel, particularly regarding the likely location of evidence and critical witnesses as well as the ability of a court to enforce any judgments.

Additionally, the Related Actions in the District of New Jersey have advanced further than the actions pending in any other District. On March 10, 2026, the Related Actions in the District of New Jersey were consolidated pursuant to Federal Rule of Civil Procedure 42. *See Burge, et al. v. Cognizant Technology Solutions Corp., et al.*, No. 2:25-cv-18908, ECF No. 7 (D.N.J. Mar. 10, 2026). The Consolidation Order set a deadline for the parties to propose deadlines for, *inter alia*, the filing of motions to appoint interim leadership pursuant to Rule 23(g), the filing of a consolidated complaint, and Defendants' response(s) thereto. *Id.* In contrast, no answer, consolidation order or case management order has been entered in any of the Related Actions in any of the actions pending outside the District of New Jersey.

3.    **The District of New Jersey is the Most Suitable and Convenient Forum for the Related Actions.**

The Panel also often considers the convenience of the parties, their counsel, and potential witnesses in determining the appropriate transferee forum. *See Johnson & Johnson*, 220 F. Supp. 3d at 1359 (transferring actions to District of New Jersey because the district "is a convenient and accessible forum for this nationwide litigation"). The fact that most of the attorneys who filed the Related Actions elected to file in the District of New Jersey supports transfer and centralization of the Related Actions there. The District of New Jersey is located near the enormous travel hubs of Newark and New York City, and readily accessible at any hour of day and time of year by all

modes of transportation, including air travel, with four national airports located within less than thirty miles from one another.

> **4.      The District of New Jersey and Judge Madeline Arleo Have the Resources and Experience to Oversee the Related Actions.**

The District of New Jersey has the resources and experience necessary to oversee the efficient adjudication of the Related Actions. The District of New Jersey has a depth of experience handling data breach litigation. *See, e.g.*, *In re Samsung Data Security Breach Litig.*, No. MDL 3055, 655 F. Supp. 3d 1368, 1369 (J.P.M.L. 2023) (transferring a data breach action to the District of New Jersey); *In re American Medical Collection Agency, Inc., Customer Data Security Breach Litigation*, MDL No. 2904, 410 F. Supp. 3d 1350, 1354 (J.P.M.L. 2019) (same); *In re U.S. Vision Data Breach Litigation*, No. 1:22-cv-06558, 732 F. Supp. 3d 369 (D.N.J. 2024); *FTC v. Wyndham Worldwide Corp.*, No. 13-cv-1887, 2014 WL 2812049 (D.N.J. June 23, 2014); *In re Horizon Healthcare Services Inc. Data Breach Litig.*, 2:13-cv-07418 (D.N.J.); *Reilly v. Ceridien Corp.*, No. 10-cv-5142, 2011 WL 735512 (D.N.J. Feb. 22, 2011).

Judge Arleo is a highly experienced judge who has effectively and efficiently overseen numerous complex matters having served as a district court judge in the District of New Jersey since November 2014, and having served as a magistrate judge in the District for the preceding 14 years. Judge Arleo is intimately familiar with MDL proceedings generally, having served on the Judicial Panel on Multidistrict Litigation since October 16, 2021,[4] in addition to having overseen MDL proceedings in the District of new Jersey. In July 2019, the Panel transferred a data breach MDL to the District of New Jersey, and to Judge Arleo in particular, noting that Judge Arleo "is an experienced transferee judge with the ability and willingness to manage litigation efficiently. We

---

[4] *Panel Judges*, JUDICIAL PANEL ON MULTIDISTRICT LITIGATION, available at: https://www.jpml.uscourts.gov/content/panel-judges (last visited Mar. 17, 2026).

are confident she will steer this matter on a prudent course." *In re American Medical Collection Agency, Inc., Customer Data Security Breach Litigation*, MDL No. 2904, 410 F. Supp. 3d 1350, 1354 (J.P.M.L. 2019). Judge Arleo and other judges in the District of New Jersey have done just that, having preliminary or finally approving multiple settlements following a detailed decisions on multiple motions to dismissed—demonstrating that the District of New Jersey and Judge Madeline Arleo have the experience and resources necessary to oversee the Related Action.

In addition to her experience with directly managing data breach MDL proceedings, Judge Arleo is has maintained responsibility over numerous complex class actions, including in the past three years: *Knight v. Meta Platforms, Inc.*, No. 2:23-cv-13347 (D.N.J., filed Aug. 30, 2023); *In re AT&T Securities Litigation*, No. 2:23-cv-04064 (D.N.J., filed July 28, 2023); *Clermont v. National Tenant Network, Inc.*, No. 2:23-cv-03545 (D.N.J., filed June 30, 2023); *Gomez v. Home Service Network, Inc.*, No. 2:25-cv-16093 (D.N.J., filed Sept. 29, 2025). Over the past two years, Judge Arleo has also maintained responsibility for numerous data breach class actions. *See, e.g., Walls v. Center Lab NJ, LLC*, No. 2:25-cv-18774 (D N.J., filed Dec. 18, 2025); *Horn v. Siparadigm, LLC*, No. 2:24-cv-09459 (D.N.J., filed Sept. 25, 2024). Further, while there are multiple MDLs pending in the District of New Jersey, Judge Arleo, to whom the first-filed case in the District of New Jersey was assigned, is not currently overseeing any MDL action.

## III. CONCLUSION

For the reasons set forth herein, the undersigned respectfully request that this Panel transfer the Related Actions listed in the attached Schedule of Actions, as well as all subsequently filed related action arising out of the breach of Cognizant's TriZetto software, to the District of New Jersey for coordinated and consolidated pretrial proceedings.

Dated: March 17, 2026

Respectfully submitted,

/s/ Nickolas J. Hagman
Nickolas J. Hagman
Bryan L. Clobes
**CAFFERTY CLOBES MERIWETHER
& SPRENGEL LLP**
135 S. LaSalle, Suite 3210
Chicago, Illinois 60603
Telephone: (312) 782-4880
Facsimile: (312) 782-4485
bclobes@caffertyclobes.com
nhagman@caffertyclobes.com

*Counsel for Plaintiff-Movants Gayle Burge,
Ana Lamaire, Natanya Pope, and Norberto
Claudio*

**BEFORE THE UNITED STATES JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION**

| | |
|---|---|
| **IN RE COGNIZANT/TRIZETTO DATA BREACH LITIGATION** | **MDL DOCKET NO.** |

## SCHEDULE OF ACTIONS

| Case Caption | Parties | Case No. | Court | Judge |
|---|---|---|---|---|
| *Madeline Longo v. TriZetto Provider Solutions* | **Plaintiff**<br>Madeline Longo<br><br>**Defendants**<br>TriZetto Provider Solutions | 4:25-cv-01845 | Eastern District of Missouri | Hon. Maria A. Lanahan |
| *Raymond Niessing v. TriZetto Provider Solutions and Gognizant [sic.] Technology Solutions Corporation* | **Plaintiff**<br>Raymond Niessing<br><br>**Defendants**<br>TriZetto Provider Solutions;<br>Cognizant Technology Solutions Corporation | 4:25-cv-01861 | Eastern District of Missouri | Hon. Patricia L. Cohen |
| *Gayle Burge, Ana Lamaire, Natanya Pope, and Norberto Claudio v. Cognizant Technology Solutions Corporation and TriZetto Provider Solutions, LLC* | **Plaintiffs**<br>Gayle Burge,<br>Ana Lamaire,<br>Natanya Pope,<br>Norberto Claudio<br><br>**Defendants**<br>Cognizant Technology Solutions Corporation;<br>TriZetto Provider Solutions, LLC | 2:25-cv-18908 | District of New Jersey | Hon. Madeline Cox Arleo |
| *Liam Lytle, Maricruz Jimenez, and Carson Noel v. TriZetto Provider Solutions, LLC and Cognizant Technology Solutions Corporation* | **Plaintiffs**<br>Liam Lytle,<br>Maricruz Jimenez,<br>Carson Noel<br><br>**Defendants**<br>TriZetto Provider Solutions, LLC;<br>Cognizant Technology Solutions Corporation | 2:25-cv-18938 | District of New Jersey | Hon. Madeline Cox Arleo |
| *Elizabeth Noble v. Genesis Healthcare Holding Company, Inc. d/b/a Genesis* | **Plaintiff**<br>Elizabeth Noble | 2:25-cv-18967 | District of New Jersey | Hon. Madeline Cox Arleo |

| | | | | |
|---|---|---|---|---|
| _Healthcare and TriZetto Provider Solutions LLC_ | **Defendants**<br>Genesis Healthcare Holding Company, Inc. d/b/a Genesis Healthcare;<br>TriZetto Provider Solutions LLC | | | |
| _Melissa Trimble, Joanne Torkomian, Fatima Chaaban, Kathy Noble-Mayer, Marquintha Johnson, Lori DeLaRiva, Billy Simpson, and Suzanna Elich v. Cognizant Technology Solutions Corporation and TriZetto Provider Solutions, LLC_ | **Plaintiffs**<br>Melissa Trimble, Joanne Torkomian, Fatima Chaaban, Kathy Noble-Mayer, Marquintha Johnson, Lori DeLaRiva, Billy Simpson, Suzanna Elich<br><br>**Defendants**<br>Cognizant Technology Solutions Corporation;<br>TriZetto Provider Solutions, LLC | 2:25-cv-18969 | District of New Jersey | Hon. Madeline Cox Arleo |
| _Lisa Scorpio v. Cognizant Technology Solutions Corporation and TriZetto Provider Solutions_ | **Plaintiff**<br>Lisa Scorpio<br><br>**Defendants**<br>Cognizant Technology Solutions Corporation;<br>TriZetto Provider Solutions | 2:25-cv-19027 | District of New Jersey | Hon. Madeline Cox Arleo |
| _Jim Caldwell v. TriZetto Provider Solutions, LLC, San Francisco Health Plan, and Cognizant Technology Solutions Corporation_ | **Plaintiff**<br>Jim Caldwell<br><br>**Defendants**<br>TriZetto Provider Solutions, LLC<br>San Francisco Health Plan;<br>Cognizant Technology Solutions Corporation | 2:25-cv-19056 | District of New Jersey | Hon. Madeline Cox Arleo |
| _Joseph Wheeler v. TriZetto Provider Solutions LLC and St. Anthony's Physician Organization Hospitalist Services L.C. d/b/a Mercy Clinic South Hospitalists_ | **Plaintiff**<br>Joseph Wheeler<br><br>**Defendants**<br>TriZetto Provider Solutions LLC;<br>St. Anthony's Physician Organization Hospitalist | 4:25-cv-01888 | Eastern District of Missouri | Hon. Maria A. Lanahan |

| | | | | |
|---|---|---|---|---|
| | Services L.C. d/b/a Mercy Clinic South Hospitalists | | | |
| *Joseph Corbray and Stephanie Jones v. One Community Health and TriZetto Provider Solutions LLC* | **Plaintiff** Joseph Corbray, Stephanie Jones<br><br>**Defendants** One Community Health; TriZetto Provider Solutions LLC | 4:26-cv-00013 | Eastern District of Missouri | Hon. Joshua M. Divine |
| *Kimberly Taylor v. TriZetto Provider Solutions and Cares Community Health d/b/a One Community Health* | **Plaintiff** Kimberly Taylor<br><br>**Defendants** TriZetto Provider Solutions; Cares Community Health d/b/a One Community Health | 2:26-cv-00086 | Eastern District of California | Hon. Dena M. Coggins |
| *Kim Elizabeth Schuster v. Cognizant Technology Solutions Corporation, TriZetto Provider Solutions, LLC, and The MetroHealth System* | **Plaintiff** Kim Elizabeth Schuster<br><br>**Defendants** Cognizant Technology Solutions Corporation; TriZetto Provider Solutions, LLC; The MetroHealth System | 2:26-cv-00395 | District of New Jersey | Hon. Brian R. Martinotti |
| *Sharyn Anne Limbos Vadla v. Cognizant Technology Solutions Corporation and TriZetto Provider Solutions, LLC* | **Plaintiff** Sharyn Anne Limbos Vadla<br><br>**Defendants** Cognizant Technology Solutions Corporation; TriZetto Provider Solutions, LLC | 4:26-cv-00070 | Eastern District of Missouri | Hon. Zachary M. Bluestone |
| *Shirley Cleveland and Grace Ayandibu v. TriZetto Provider Solutions and Cognizant Technology Solutions Corporation* | **Plaintiffs** Shirley Cleveland, Grace Ayandibu<br><br>**Defendants** TriZetto Provider Solutions; Cognizant Technology Solutions Corporation | 4:26-cv-00264 | Eastern District of Missouri | Hon. Cristian M. Stevens |

| | | | | |
|---|---|---|---|---|
| *Susan Stone and Ernest Easter v. TriZetto Provider Solutions, LLC* | **Plaintiffs** Susan Stone, Ernest Easter **Defendants** TriZetto Provider Solutions, LLC | 4:26-cv-00308 | Eastern District of Missouri | Hon. Patricia L. Cohen |
| *Jason Spangler v. Physicians' Clinic of Iowa, P.C. and TriZetto Provider Solutions, LLC* | **Plaintiff** Jason Spangler **Defendants** Physicians' Clinic of Iowa, P.C.; TriZetto Provider Solutions, LLC | 4:26-cv-00322 | Eastern District of Missouri | Hon. Sarah E. Pitlyk |
| *John Wolf v. TriZetto Provider Solutions, LLC and Cognizant Technology Solutions Corporation* | **Plaintiff** John Wolf **Defendants** TriZetto Provider Solutions, LLC; Cognizant Technology Solutions Corporation | 2:26-CV-02344 | District of New Jersey | Hon. Michael E. Farbiarz |
| *Lania Whiteside v. Cognizant Technology Solutions Corporation and Local Initiative Health Authority for Los Angeles County d/b/a L.A. Care Health Plan* | **Plaintiff** Lania Whiteside **Defendants** Cognizant Technology Solutions Corporation; Local Initiative Health Authority for Los Angeles County d/b/a L.A. Care Health Plan | 2:26-cv-02373 | District of New Jersey | Hon. Esther Salas |
| *Shannon Lee v. Cognizant Technology Solutions Corporation and TriZetto Provider Solutions, LLC* | **Plaintiff** Shannon Lee **Defendants** Cognizant Technology Solutions Corporation; TriZetto Provider Solutions, LLC | 2:26-cv-02444 | District of New Jersey | Hon. Madeline Cox Arleo |
| *Annabelle Patterson v. Cognizant Technology Solutions Corporation and Trizetto Provider Solutions, LLC* | **Plaintiff** Annabelle Patterson **Defendants** Cognizant Technology Solutions Corporation; Trizetto Provider Solutions, LLC | 2:26-cv-02570 | District of New Jersey | Hon. Madeline Cox Arleo |

| | | | | |
|---|---|---|---|---|
| *Ray Madoff v. Defendants Cognizant Technology Solutions Corporation and TriZetto Provider Solutions, LLC* | **Plaintiff:** Ray Madoff<br><br>**Defendant:** Cognizant Technology Solutions Corporation; Trizetto Provider Solutions, LLC | 2:26-cv-02634 | District of New Jersey | Hon. Madeline Cox Arleo |
| *Joseph Sawyer v. Defendants TriZetto Provider Solutions, LLC and Cognizant Technology Solutions Corporation* | **Plaintiff** Joseph Sawyer<br><br>**Defendants** TriZetto Provider Solutions, LLC; Cognizant Technology Solutions Corporation | 2:26-cv-02698 | District of New Jersey | Hon. Madeline Cox Arleo |
| *Charles Hahn v. Defendants Open Door Community Health Centers and TriZetto Provider Solutions, LLC* | **Plaintiff** Charles Hahn<br><br>**Defendants** Open Door Community Health Centers TriZetto Provider Solutions, LLC; | 1:26-cv-02267 | Northern District of California | Hon. Robert M. Illman |

## BEFORE THE UNITED STATES JUDICIAL PANEL ON
## MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE COGNIZANT/TRIZETTO DATA BREACH LITIGATION | MDL DOCKET NO. |

## PROOF OF SERVICE

I hereby certify that on March 17, 2026 a copy of the foregoing Motion, Memorandum-in-

Support, Schedule of Actions, and this Certificate of Service were served by through the CM/ECF

system and via email or USPS (as indicated) to the following Parties and Courts:

**United States District Court for the District of New Jersey, Newark Division (via USPS)**
Clerk of the Court
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07102
T: (973) 645-3730

**United States District Court for the Eastern District of Missouri, St. Louis Division (via USPS)**
Clerk of the Court
Thomas F. Eagleton Courthouse
111 South 10th Street, Suite 3.300
St. Louis, Missouri 63102
T: (314) 244-7900

**United States District Court for the Eastern District of California, Sacramento Division (via USPS)**
Clerk of the Court
Robert T. Matsui United States Courthouse,
501 "I" Street, Sacramento, California 95814
T: (916) 930-4000

**Plaintiff Madeline Longo (via ECF/email):**

Maureen M. Brady
**McSHANE & BRADY, LLC**
4006 Central Street
Kansas City, Missouri 64111
T: (816) 888-8010
F: (816) 332-6295
mbrady@mcshanebradylaw.com

Jeff Ostrow, Esq.
Kenneth Jay Grunfeld, Esq.
**KOPELOWITZ OSTROW P.A.**
1 W Las Olas Blvd, Suite 500
Ft. Lauderdale, Florida 33301
T: (954) 525-4100
Ostrow@kolawyers.com
grunfeld@kolawyers.com

**Plaintiff Raymond Niessing (via ECF/email):**

Maureen M. Brady
**McSHANE & BRADY, LLC**
4006 Central Street
Kansas City, Missouri 64111
T: (816) 888-8010
F: (816) 332-6295
mbrady@mcshanebradylaw.com

William B. Federman
Jessica A. Wilkes
**FEDERMAN & SHERWOOD**
10205 N. Pennsylvania Ave.,
Oklahoma City, Oklahoma 73120
T: (405) 235-1560
wbf@federmanlaw.com
jaw@federmanlaw.com

**Plaintiffs Gayle Burge, Ana Lamaire, Natanya Pope, and Norberto Claudio (via ECF/email):**

Bryan L. Clobes
Nickolas J. Hagman
Alex Lee
**CAFFERTY CLOBES MERIWETHER & SPRENGEL LLP**

2

135 S. LaSalle, Suite 3210
Chicago, Illinois 60603
T: (312) 782-4880
bclobes@caffertyclobes.com
nhagman@caffertyclobes.com
alee@caffertyclobes.com

**Plaintiffs Liam Lytle, Maricruz Jimenez, and Carson Noel (via ECF/email)**:

Christopher A. Seeger
Shauna B. Itri
**SEEGER WEISS LLP**
55 Challenger Road 6th Fl.
Ridgefield Park, New Jersey 07660
T: (973) 639-9100
cseeger@seegerweiss.com
sitri@seegerweiss.com

Thomas E. Loeser
**COTCHETT PITRE & MCCARTHY LLP**
1809 7th Avenue, Suite 1610
Seattle, Washington 98101
T: (206) 802-1272
tloeser@cpmlegal.com

**Plaintiff Elizabeth Noble (via ECF/email):**

Kenneth J. Grunfeld, Esquire
**KOPELOWITZ OSTROW P.A.**
65 Overhill Road, Suite 500
Bala Cynwyd, Pennsylvania 19904
T: (954) 525-4100
grunfeld@kolawyers.com

Raina C. Borrelli
**STRAUSS BORRELLI PLLC**
One Magnificent Mile
980 N. Michigan Avenue, Suite 1610
Chicago, Illinois 60611
T: (872) 263-1100
F: (872) 263-1109
raina@straussborrelli.com

3

**Plaintiffs Melissa Trimble, Joanne Torkomian, Fatima Chaaban, Kathy Noble-Mayer, Marquintha Johnson, Lori DeLaRiva, Billy Simpson, and Suzanna Elich (via ECF/email):**

Bryan L. Clobes
Nickolas J. Hagman
Alex Lee
**CAFFERTY CLOBES MERIWETHER & SPRENGEL LLP**
135 S. LaSalle, Suite 3210
Chicago, Illinois 60603
T: (312) 782-4880
bclobes@caffertyclobes.com
nhagman@caffertyclobes.com
alee@caffertyclobes.com

Leigh S. Montgomery
**ELLZEY KHERKHER SANFORD MONTGOMERY, LLP**
4200 Montrose Blvd., Suite 200
Houston, Texas 77006
T: (888) 350-3931
lmontgomery@eksm.com

**Plaintiff Lisa Scorpio (via ECF/email):**

Mark K. Svensson
**MILBERG PLLC**
405 East 50th Street
New York, New York 10022
T: (202) 975-0468
msvensson@milberg.com

Casondra Turner
**MILBERG PLLC**
260 Peachtree Street NW, Suite 2200
Atlanta, Georgia 30303
T: (866) 252-0878
cturner@milberg.com

**Plaintiff Jim Caldwell (via ECF/email):**

Kevin Laukaitis
**LAUKAITIS LAW LLC**
954 Avenida Ponce De Leon Suite 205, #10518
San Juan, PR 00907
T: (215) 789-4462
klaukaitis@laukaitislaw.com

4

**Plaintiff Joseph Wheeler (via ECF/email):**

Raina C. Borrelli
Samuel J. Strauss
**STRAUSS BORRELLI PLLC**
One Magnificent Mile
980 N Michigan Avenue, Suite 1610
Chicago Illinois, 60611
T: (872) 263-1100
F: (872) 263-1109
raina@straussborrelli.com
sam@straussborrelli.com

**Plaintiffs Joseph Corbray and Stephanie Jones (via ECF/email):**

Raina C. Borrelli
**STRAUSS BORRELLI PLLC**
One Magnificent Mile
980 N Michigan Avenue, Suite 1610
Chicago Illinois, 60611
T: (872) 263-1100
F: (872) 263-1109
raina@straussborrelli.com

**Plaintiff Kimberly Taylor (via ECF/email):**

Vess A. Miller
Natalie Lyons
**COHENMALAD, LLP**
One Indiana Square, Suite 1400
Indianapolis, Indiana 46204
T: (317) 636-6481
nlyons@cohenmalad.com
vmiller@cohenmalad.com

**Plaintiff Kim Elizabeth Schuster (via ECF/email):**

James E. Cecchi
Jason H. Alperstein
**CARELLA BYRNE CECCHI BRODY & AGNELLO, P.C.**
5 Becker Farm Road
Roseland, New Jersey 07068
T: (973) 994-1700
jcecchi@carellabyrne.com
jalperstein@carellabyrne.com

5

James J. Pizzirusso
Kira Hessekiel
Nicholas Murphy
Amanda Boltax
**HAUSFELD LLP**
1200 17th Street, N.W., Suite 600
Washington, DC 20036
T: (202) 540-7200
jpizzirusso@hausfeld.com
khessekiel@hausfeld.com
nmurphy@hausfeld.com
mboltax@hausfeld.com

Steven M. Nathan
Ashley M. Crooks
**HAUSFELD LLP**
33 Whitehall Street, 14th Floor
New York, New York 10004
T: (646) 357-1100
snathan@hausfeld.com
acrooks@hausfeld.com

**Plaintiff Sharyn Anne Limbos Vadla (via ECF/email):**

Evan D. Buxner
**BUXNER LAW**
230 S. Bemiston Ave. Ste. 1400
St. Louis, Missouri 63105
T: (314) 863-6000
ebuxner@buxnerlaw.com

Gerald D. Wells, III
Robert J. Gray
**LYNCH CARPENTER, LLP**
1760 Market Street, Suite 600
Philadelphia, Pennsylvania 19103
T: (267) 609-6910
F: (267) 609-6955
jerry@lcllp.com
rob@lcllp.com

**Plaintiffs Shirley Cleveland and Grace Ayandibu (via ECF/email):**

Maureen M. Brady
**McSHANE & BRADY, LLC**

6

4006 Central Street
Kansas City, Missouri 64111
T: (816) 888-8010
F: (816) 332-6295
mbrady@mcshanebradylaw.com

Amber L. Schubert
**SCHUBERT JONCKHEER & KOLBE LLP**
2001 Union St, Ste 200
San Francisco, California 94123
T: (415) 788-4220
F: (415) 788-0161
aschubert@sjk.law

**Plaintiffs Susan Stone and Ernest Easter (via ECF/email):**

John S. Steward
**MO STEWARD LAW FIRM, LLC**
14824 Clayton Road, Suite 24
Chesterfield, Missouri 63017
T: (314) 504-0979
js@molawgroup.com

Ben Barnow
Anthony L. Parkhill
**BARNOW AND ASSOCIATES, P.C.**
205 West Randolph Street, Suite 1630
Chicago, Illinois 60606
T: (312) 621-2000
F: (312) 641-5504
b.barnow@barnowlaw.com
aparkhill@barnowlaw.com

**Plaintiff Jason Spangler (via ECF/email):**

Maureen M. Brady
**McSHANE & BRADY, LLC**
4006 Central Street
Kansas City, Missouri 64111
T: (816) 888-8010
F: (816) 332-6295
mbrady@mcshanebradylaw.com

Tyler J. Bean
Kennedy M. Brian
**SIRI & GLIMSTAD LLP**

7

745 Fifth Avenue, Suite 500
New York, New York 10151
T: (212) 532-1091
tbean@sirillp.com
kbrian@sirillp.com

Bryan L. Bleichner
Philip J. Krzeski
**CHESTNUT CAMBRONNE PA**
100 Washington Ave S, Suite 1700,
Minneapolis, Minnesota 55401
T: (612) 339-7300
bbleichner@chestnutcambronne.com
pkrzeski@chestnutcambronne.com

**Plaintiff John Wolf (via ECF/email):**

Kevin Laukaitis
**LAUKAITIS LAW LLC**
954 Avenida Ponce De Leon Suite 205, #10518
San Juan, PR 00907
T: (215) 789-4462
klaukaitis@laukaitislaw.com

Andrew J. Sciolla
**SCIOLLA LAW FIRM LLC**
Land Title Building
100 S. Broad Street, Suite 1910
Philadelphia, Pennsylvania 19110
T: (267) 328-5245
F: (215) 972-1545
andrew@sciollalawfirm.com

**Plaintiff Lania Whiteside (via ECF/email):**

Kevin Laukaitis
**LAUKAITIS LAW LLC**
954 Avenida Ponce De Leon Suite 205, #10518
San Juan, PR 00907
T: (215) 789-4462
klaukaitis@laukaitislaw.com

Paul J. Doolittle
**POULIN | WILLEY | ANASTOPOULO, LLC**
32 Ann Street,
Charleston, South Carolina 29403

8

T: (803) 222-2222
pauldoolittle@poulinwilley.com
cmad@poulinwilley.com

**Plaintiff Shannon Lee (via ECF/email):**

Liberato P. Verderame
Marc H. Edelson
**EDELSON LECHTZIN LLP**
411 S. State Street, Suite N300
Newtown, Pennsylvania 18940
T: (215) 867-2399
medelson@edelson-law.com
lverderame@edelson-law.com

**Plaintiff Annabelle Patterson (via ECF/email):**

Javier Merino
**DANNLAW**
825 Georges Road, 2nd Floor
North Brunswick, New Jersey 08902
T: (201) 355-3440
F: (216) 373-0536
jmerino@dannlaw.com

Marc E. Dann
Brian D. Flick
**DANNLAW**
15000 Madison Avenue,
Lakewood, Ohio 44107
T: (216) 373-0539
F: (216) 373-0536
notices@dannlaw.com

Thomas A. Zimmerman, Jr.
**ZIMMERMAN LAW OFFICES, P.C.**
77 W. Washington Street, Suite 1220
Chicago, Illinois 60602
T: (312) 440-0020
F: (312) 440-4180
tom@attorneyzim.com

**Plaintiff Ray Madoff (via ECF/email):**

Adam T. Savett Matthew Insley-Pruitt
Justyn J. Millamena

9

**WOLF POPPER LLP**
570 Lexington Ave., 19th Floor
New York, New York 10023
T: (212) 759-4600
ASavett@wolfpopper.com
MInsley-Pruitt@wolfpopper.com
JMillamena@wolfpopper.com

**Plaintiff Joseph Sawyer (via ECF/email):**

Joel B. Strauss
Ariana J. Tadler
**KAPLAN FOX & KILSHEIMER LLP**
800 Third Avenue
New York, New York 10022
T: (212) 687-1980
F: (212) 687-7714
jstrauss@kaplanfox.com
atadler@kaplanfox.com

William J. Pinilis
**KAPLAN FOX & KILSHEIMER LLP**
160 Morris Street
Morristown, New Jersey 07960
T: (973) 656-0222
wpinilis@kaplanfox.com

Laurence D. King
Matthew B. George
Blair E. Reed
Sophia V. Pintar
**KAPLAN FOX & KILSHEIMER LLP**
1999 Harrison Street, Suite 1501
Oakland, California 94612
T: (415) 772-4700
lking@kaplanfox.com
mgeorge@kaplanfox.com
breed@kaplanfox.com
spintar@kaplanfox.com

**Plaintiff Charles Hahn (via ECF/email):**

Mark D. Potter
James M. Treglio
Isabel Rose Masanque
**POTTER HANDY LLP**

100 Pine St., Ste 1250
San Francisco, CA 94111
T: (415)534-1911
F: (888)422-5191
classactions@potterhandy.com

**Defendant Cognizant Technology Solutions Corporation (via ECF/email):**

Sean Michael Topping
**NORTON ROSE FULBRIGHT**
1301 Avenue Of The Americas
New York, New York 10019
T: (212) 318-3361
sean.topping@nortonrosefulbright.com

Luke G. Maher
**NORTON ROSE FULBRIGHT**
8001 Forsyth Boulevard, Suite 800
St. Louis, Missouri 63105
T: (314) 505-8800
F: (314) 505-8899
luke.maher@nortonrosefulbright.com

**Defendant TriZetto Provider Solutions LLC (via ECF/email):**

Sean Michael Topping
**NORTON ROSE FULBRIGHT US LLP**
1301 Avenue Of The Americas
New York, New York 10019
T: (212) 318-3361
sean.topping@nortonrosefulbright.com

Luke G. Maher
**NORTON ROSE FULBRIGHT US LLP**
8001 Forsyth Boulevard, Suite 800
St. Louis, Missouri 63105
T: (314) 505-8800
F: (314) 505-8899
luke.maher@nortonrosefulbright.com

Yi Yang
**NORTON ROSE FULBRIGHT US LLP**
555 S. Flower St. 41st Floor
Los Angeles, California 90017
T: (213) 892-9311
eva.yang@nortonrosefulbright.com

**Defendant St. Anthony's Physician Organization Hospitalist Services L.C. d/b/a Mercy Clinic South Hospitalists (via ECF/email):**

Shane A. Chapman
Haley K. Dierks
**LASHLY & BAER, P.C.**
714 Locust Street
St. Louis, Missouri 63101
T: (314) 621-2939
F: (314) 621-6844
schapman@lashlybaer.com
hdierks@lashlybaer.com

**Defendant Cares Community Health d/b/a One Community Health (via ECF/email):**

Mindy B. Pava
Brendan M. Tyler
**FELDESMAN LLP**
1129 20th Street NW, Suite 400
Washington, DC 20036
T: (202) 466-8960
F: (202) 293-8103
mpava@feldesman.com
btyler@feldesman.com

**Defendant Genesis Healthcare Holding Company, Inc. d/b/a Genesis Healthcare (via USPS):**

General Counsel
101 East State Street,
Kennett Square, Pennsylvania, 19348

Corporation Service Company
251 Little Falls Drive,
Wilmington, Delaware 19808

**Defendant San Francisco Health Plan (via USPS):**

General Counsel
San Francisco Health Plan
50 Beale Street, 12th Floor,
San Francisco, California 94119

**Defendant MetroHealth System (via USPS)**

12

General Counsel
MetroHealth System
2500 MetroHealth Drive,
Cleveland, Cuyahoga County, Ohio 44109

**Defendant Local Initiative Health Authority for Los Angeles County d/b/a L.A. Care Health Plan (via USPS):**

General Counsel
L.A. Care Health Plan
1200 W. 7th Street,
Los Angeles, California 90017

**Defendant Physicians' Clinic of Iowa, P.C. (via USPS):**

David Everson
Physician's Clinic of Iowa
202 10th Street, Ste 100
Cedar Rapids, Iowa 52403

**Defendant Open Door Community Health Centers (via USPS)**

Victor Starr
Open Door Community Health Centers
1275 8th St,
Arcata, CA 95521

/s/ *Nickolas J. Hagman*

Nickolas J. Hagman
**CAFFERTY CLOBES MERIWETHER & SPRENGEL LLP**
135 S. LaSalle, Suite 3210
Chicago, Illinois 60603
T: (312) 782-4880
nhagman@caffertyclobes.com

BEFORE THE UNITED STATES JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

| IN RE COGNIZANT/TRIZETTO DATA BREACH LITIGATION | MDL DOCKET NO. |
|---|---|

## AMENDED PROOF OF SERVICE

I hereby certify that on March 17, 2026 a copy of the foregoing Motion, Memorandum-in-

Support, Schedule of Actions, and this Certificate of Service were served by through the CM/ECF

system and via email or USPS (as indicated) to the following Parties and Courts:

**United States District Court for the District of New Jersey, Newark Division (via USPS)**
Clerk of the Court
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07102
T: (973) 645-3730

**United States District Court for the Eastern District of Missouri, St. Louis Division (via USPS)**
Clerk of the Court
Thomas F. Eagleton Courthouse
111 South 10th Street, Suite 3.300
St. Louis, Missouri 63102
T: (314) 244-7900

**United States District Court for the Eastern District of California, Sacramento Division (via USPS)**
Clerk of the Court
Robert T. Matsui United States Courthouse,
501 "I" Street, Sacramento, California 95814
T: (916) 930-4000

**United States District Court for the Northern District of California, San Francisco Division (via USPS)**
Office of the Clerk
United States District Court
450 Golden Gate Avenue
San Francisco, California 94102

**Plaintiff Madeline Longo (via ECF/email):**

Maureen M. Brady
**McSHANE & BRADY, LLC**
4006 Central Street
Kansas City, Missouri 64111
T: (816) 888-8010
F: (816) 332-6295
mbrady@mcshanebradylaw.com

Jeff Ostrow, Esq.
Kenneth Jay Grunfeld, Esq.
**KOPELOWITZ OSTROW P.A.**
1 W Las Olas Blvd, Suite 500
Ft. Lauderdale, Florida 33301
T: (954) 525-4100
Ostrow@kolawyers.com
grunfeld@kolawyers.com

**Plaintiff Raymond Niessing (via ECF/email):**

Maureen M. Brady
**McSHANE & BRADY, LLC**
4006 Central Street
Kansas City, Missouri 64111
T: (816) 888-8010
F: (816) 332-6295
mbrady@mcshanebradylaw.com

William B. Federman
Jessica A. Wilkes
**FEDERMAN & SHERWOOD**
10205 N. Pennsylvania Ave.,
Oklahoma City, Oklahoma 73120
T: (405) 235-1560
wbf@federmanlaw.com
jaw@federmanlaw.com

**Plaintiffs Gayle Burge, Ana Lamaire, Natanya Pope, and Norberto Claudio (via ECF/email):**

Bryan L. Clobes
Nickolas J. Hagman
Alex Lee
**CAFFERTY CLOBES MERIWETHER
& SPRENGEL LLP**

135 S. LaSalle, Suite 3210
Chicago, Illinois 60603
T: (312) 782-4880
bclobes@caffertyclobes.com
nhagman@caffertyclobes.com
alee@caffertyclobes.com

**Plaintiffs Liam Lytle, Maricruz Jimenez, and Carson Noel (via ECF/email)**:

Christopher A. Seeger
Shauna B. Itri
**SEEGER WEISS LLP**
55 Challenger Road 6th Fl.
Ridgefield Park, New Jersey 07660
T: (973) 639-9100
cseeger@seegerweiss.com
sitri@seegerweiss.com

Thomas E. Loeser
**COTCHETT PITRE & MCCARTHY LLP**
1809 7th Avenue, Suite 1610
Seattle, Washington 98101
T: (206) 802-1272
tloeser@cpmlegal.com

**Plaintiff Elizabeth Noble (via ECF/email):**

Kenneth J. Grunfeld, Esquire
**KOPELOWITZ OSTROW P.A.**
65 Overhill Road, Suite 500
Bala Cynwyd, Pennsylvania 19904
T: (954) 525-4100
grunfeld@kolawyers.com

Raina C. Borrelli
**STRAUSS BORRELLI PLLC**
One Magnificent Mile
980 N. Michigan Avenue, Suite 1610
Chicago, Illinois 60611
T: (872) 263-1100
F: (872) 263-1109
raina@straussborrelli.com

**Plaintiffs Melissa Trimble, Joanne Torkomian, Fatima Chaaban, Kathy Noble-Mayer, Marquintha Johnson, Lori DeLaRiva, Billy Simpson, and Suzanna Elich (via ECF/email):**

Bryan L. Clobes
Nickolas J. Hagman
Alex Lee
**CAFFERTY CLOBES MERIWETHER & SPRENGEL LLP**
135 S. LaSalle, Suite 3210
Chicago, Illinois 60603
T: (312) 782-4880
bclobes@caffertyclobes.com
nhagman@caffertyclobes.com
alee@caffertyclobes.com

Leigh S. Montgomery
**ELLZEY KHERKHER SANFORD MONTGOMERY, LLP**
4200 Montrose Blvd., Suite 200
Houston, Texas 77006
T: (888) 350-3931
lmontgomery@eksm.com

**Plaintiff Lisa Scorpio (via ECF/email):**

Mark K. Svensson
**MILBERG PLLC**
405 East 50th Street
New York, New York 10022
T: (202) 975-0468
msvensson@milberg.com

Casondra Turner
**MILBERG PLLC**
260 Peachtree Street NW, Suite 2200
Atlanta, Georgia 30303
T: (866) 252-0878
cturner@milberg.com

**Plaintiff Jim Caldwell (via ECF/email):**

Kevin Laukaitis
**LAUKAITIS LAW LLC**
954 Avenida Ponce De Leon Suite 205, #10518
San Juan, PR 00907
T: (215) 789-4462
klaukaitis@laukaitislaw.com

**Plaintiff Joseph Wheeler (via ECF/email):**

Raina C. Borrelli
Samuel J. Strauss
**STRAUSS BORRELLI PLLC**
One Magnificent Mile
980 N Michigan Avenue, Suite 1610
Chicago Illinois, 60611
T: (872) 263-1100
F: (872) 263-1109
raina@straussborrelli.com
sam@straussborrelli.com

**Plaintiffs Joseph Corbray and Stephanie Jones (via ECF/email):**

Raina C. Borrelli
**STRAUSS BORRELLI PLLC**
One Magnificent Mile
980 N Michigan Avenue, Suite 1610
Chicago Illinois, 60611
T: (872) 263-1100
F: (872) 263-1109
raina@straussborrelli.com

**Plaintiff Kimberly Taylor (via ECF/email):**

Vess A. Miller
Natalie Lyons
**COHENMALAD, LLP**
One Indiana Square, Suite 1400
Indianapolis, Indiana 46204
T: (317) 636-6481
nlyons@cohenmalad.com
vmiller@cohenmalad.com

**Plaintiff Kim Elizabeth Schuster (via ECF/email):**

James E. Cecchi
Jason H. Alperstein
**CARELLA BYRNE CECCHI BRODY & AGNELLO, P.C.**
5 Becker Farm Road
Roseland, New Jersey 07068
T: (973) 994-1700
jcecchi@carellabyrne.com
jalperstein@carellabyrne.com

James J. Pizzirusso
Kira Hessekiel
Nicholas Murphy
Amanda Boltax
**HAUSFELD LLP**
1200 17th Street, N.W., Suite 600
Washington, DC 20036
T: (202) 540-7200
jpizzirusso@hausfeld.com
khessekiel@hausfeld.com
nmurphy@hausfeld.com
mboltax@hausfeld.com

Steven M. Nathan
Ashley M. Crooks
**HAUSFELD LLP**
33 Whitehall Street, 14th Floor
New York, New York 10004
T: (646) 357-1100
snathan@hausfeld.com
acrooks@hausfeld.com

**Plaintiff Sharyn Anne Limbos Vadla (via ECF/email):**

Evan D. Buxner
**BUXNER LAW**
230 S. Bemiston Ave. Ste. 1400
St. Louis, Missouri 63105
T: (314) 863-6000
ebuxner@buxnerlaw.com

Gerald D. Wells, III
Robert J. Gray
**LYNCH CARPENTER, LLP**
1760 Market Street, Suite 600
Philadelphia, Pennsylvania 19103
T: (267) 609-6910
F: (267) 609-6955
jerry@lcllp.com
rob@lcllp.com

**Plaintiffs Shirley Cleveland and Grace Ayandibu (via ECF/email):**

Maureen M. Brady
**McSHANE & BRADY, LLC**

4006 Central Street
Kansas City, Missouri 64111
T: (816) 888-8010
F: (816) 332-6295
mbrady@mcshanebradylaw.com

Amber L. Schubert
**SCHUBERT JONCKHEER & KOLBE LLP**
2001 Union St, Ste 200
San Francisco, California 94123
T: (415) 788-4220
F: (415) 788-0161
aschubert@sjk.law

**Plaintiffs Susan Stone and Ernest Easter (via ECF/email):**

John S. Steward
**MO STEWARD LAW FIRM, LLC**
14824 Clayton Road, Suite 24
Chesterfield, Missouri 63017
T: (314) 504-0979
js@molawgroup.com

Ben Barnow
Anthony L. Parkhill
**BARNOW AND ASSOCIATES, P.C.**
205 West Randolph Street, Suite 1630
Chicago, Illinois 60606
T: (312) 621-2000
F: (312) 641-5504
b.barnow@barnowlaw.com
aparkhill@barnowlaw.com

**Plaintiff Jason Spangler (via ECF/email):**

Maureen M. Brady
**McSHANE & BRADY, LLC**
4006 Central Street
Kansas City, Missouri 64111
T: (816) 888-8010
F: (816) 332-6295
mbrady@mcshanebradylaw.com

Tyler J. Bean
Kennedy M. Brian
**SIRI & GLIMSTAD LLP**

745 Fifth Avenue, Suite 500
New York, New York 10151
T: (212) 532-1091
tbean@sirillp.com
kbrian@sirillp.com

Bryan L. Bleichner
Philip J. Krzeski
**CHESTNUT CAMBRONNE PA**
100 Washington Ave S, Suite 1700,
Minneapolis, Minnesota 55401
T: (612) 339-7300
bbleichner@chestnutcambronne.com
pkrzeski@chestnutcambronne.com

**Plaintiff John Wolf (via ECF/email):**

Kevin Laukaitis
**LAUKAITIS LAW LLC**
954 Avenida Ponce De Leon Suite 205, #10518
San Juan, PR 00907
T: (215) 789-4462
klaukaitis@laukaitislaw.com

Andrew J. Sciolla
**SCIOLLA LAW FIRM LLC**
Land Title Building
100 S. Broad Street, Suite 1910
Philadelphia, Pennsylvania 19110
T: (267) 328-5245
F: (215) 972-1545
andrew@sciollalawfirm.com

**Plaintiff Lania Whiteside (via ECF/email):**

Kevin Laukaitis
**LAUKAITIS LAW LLC**
954 Avenida Ponce De Leon Suite 205, #10518
San Juan, PR 00907
T: (215) 789-4462
klaukaitis@laukaitislaw.com

Paul J. Doolittle
**POULIN | WILLEY | ANASTOPOULO, LLC**
32 Ann Street,
Charleston, South Carolina 29403

T: (803) 222-2222
pauldoolittle@poulinwilley.com
cmad@poulinwilley.com

## Plaintiff Shannon Lee (via ECF/email):

Liberato P. Verderame
Marc H. Edelson
**EDELSON LECHTZIN LLP**
411 S. State Street, Suite N300
Newtown, Pennsylvania 18940
T: (215) 867-2399
medelson@edelson-law.com
lverderame@edelson-law.com

## Plaintiff Annabelle Patterson (via ECF/email):

Javier Merino
**DANNLAW**
825 Georges Road, 2nd Floor
North Brunswick, New Jersey 08902
T: (201) 355-3440
F: (216) 373-0536
jmerino@dannlaw.com

Marc E. Dann
Brian D. Flick
**DANNLAW**
15000 Madison Avenue,
Lakewood, Ohio 44107
T: (216) 373-0539
F: (216) 373-0536
notices@dannlaw.com

Thomas A. Zimmerman, Jr.
**ZIMMERMAN LAW OFFICES, P.C.**
77 W. Washington Street, Suite 1220
Chicago, Illinois 60602
T: (312) 440-0020
F: (312) 440-4180
tom@attorneyzim.com

## Plaintiff Ray Madoff (via ECF/email):

Adam T. Savett Matthew Insley-Pruitt
Justyn J. Millamena

**WOLF POPPER LLP**
570 Lexington Ave., 19th Floor
New York, New York 10023
T: (212) 759-4600
ASavett@wolfpopper.com
MInsley-Pruitt@wolfpopper.com
JMillamena@wolfpopper.com

**Plaintiff Joseph Sawyer (via ECF/email):**

Joel B. Strauss
Ariana J. Tadler
**KAPLAN FOX & KILSHEIMER LLP**
800 Third Avenue
New York, New York 10022
T: (212) 687-1980
F: (212) 687-7714
jstrauss@kaplanfox.com
atadler@kaplanfox.com

William J. Pinilis
**KAPLAN FOX & KILSHEIMER LLP**
160 Morris Street
Morristown, New Jersey 07960
T: (973) 656-0222
wpinilis@kaplanfox.com

Laurence D. King
Matthew B. George
Blair E. Reed
Sophia V. Pintar
**KAPLAN FOX & KILSHEIMER LLP**
1999 Harrison Street, Suite 1501
Oakland, California 94612
T: (415) 772-4700
lking@kaplanfox.com
mgeorge@kaplanfox.com
breed@kaplanfox.com
spintar@kaplanfox.com

**Plaintiff Charles Hahn (via ECF/email):**

Mark D. Potter
James M. Treglio
Isabel Rose
**POTTER HANDY LLP**

100 Pine St., Ste 1250
San Francisco, California 94111
T: (415) 534-1911
F: (888) 422-5191
classactions@potterhandy.com

**Defendant Cognizant Technology Solutions Corporation (via ECF/email):**

Sean Michael Topping
**NORTON ROSE FULBRIGHT US LLP**
1301 Avenue Of The Americas
New York, New York 10019
T: (212) 318-3361
sean.topping@nortonrosefulbright.com

Luke G. Maher
**NORTON ROSE FULBRIGHT US LLP**
8001 Forsyth Boulevard, Suite 800
St. Louis, Missouri 63105
T: (314) 505-8800
F: (314) 505-8899
luke.maher@nortonrosefulbright.com

**Defendant TriZetto Provider Solutions LLC (via ECF/email):**

Sean Michael Topping
**NORTON ROSE FULBRIGHT US LLP**
1301 Avenue Of The Americas
New York, New York 10019
T: (212) 318-3361
sean.topping@nortonrosefulbright.com

Luke G. Maher
**NORTON ROSE FULBRIGHT US LLP**
8001 Forsyth Boulevard, Suite 800
St. Louis, Missouri 63105
T: (314) 505-8800
F: (314) 505-8899
luke.maher@nortonrosefulbright.com

Yi Yang
**NORTON ROSE FULBRIGHT US LLP**
555 S. Flower St.
41st Floor
Los Angeles, CA 90017

T: (213)892-9311
eva.yang@nortonrosefulbright.com

**Defendant St. Anthony's Physician Organization Hospitalist Services L.C. d/b/a Mercy Clinic South Hospitalists (via ECF/email):**

Shane A. Chapman
Haley K. Dierks
**LASHLY & BAER, P.C.**
714 Locust Street
St. Louis, Missouri 63101
T: (314) 621-2939
F: (314) 621-6844
schapman@lashlybaer.com
hdierks@lashlybaer.com

**Defendant Cares Community Health d/b/a One Community Health (via ECF/email):**

Mindy B. Pava
Brendan M. Tyler
**FELDESMAN LLP**
1129 20th Street NW, Suite 400
Washington, DC 20036
T: (202) 466-8960
F: (202) 293-8103
mpava@feldesman.com
btyler@feldesman.com

**Defendant Genesis Healthcare Holding Company, Inc. d/b/a Genesis Healthcare (via USPS):**

General Counsel
101 East State Street,
Kennett Square, Pennsylvania, 19348

Corporation Service Company
251 Little Falls Drive,
Wilmington, Delaware 19808

**Defendant San Francisco Health Plan (via USPS):**

General Counsel
San Francisco Health Plan
50 Beale Street, 12th Floor,
San Francisco, California 94119

**Defendant MetroHealth System (via USPS)**

General Counsel
MetroHealth System
2500 MetroHealth Drive,
Cleveland, Cuyahoga County, Ohio 44109

**Defendant Local Initiative Health Authority for Los Angeles County d/b/a L.A. Care Health Plan (via USPS):**

General Counsel
L.A. Care Health Plan
1200 W. 7th Street,
Los Angeles, California 90017

**Defendant Physicians' Clinic of Iowa, P.C. (via USPS):**

David Everson
Physician's Clinic of Iowa
202 10th Street, Ste 100
Cedar Rapids, Iowa 52403

*/s/ Nickolas J. Hagman*
Nickolas J. Hagman
**CAFFERTY CLOBES MERIWETHER & SPRENGEL LLP**
135 S. LaSalle, Suite 3210
Chicago, Illinois 60603
T: (312) 782-4880
nhagman@caffertyclobes.com

USPS TRACKING #



UNITED STATES DISTRICT COURT FOR NEW
CLERK OF THE COURT
50 WALNUT ST
NEWARK NJ 07102-3551



RDC 03
C014
Flat Rate Envelope

CAFFERTY CLOBES, MERIWETHER, SPRENGEL LLP
KELLY MCDONALD
135 S LA SALLE ST STE 3210
CHICAGO IL 60603-4135

Created 2026-03-17

**PRIORITY MAIL®**

Mailed from 60603    9984910101062930    0 lb 8 oz
03/17/2026


U.S. POSTAGE PAID

**P**

US POSTAGE
$8.85
usps.com

9405 5301 0935 5325 9144 47 0088 5000 0800 7102

**UNITED STATES POSTAL SERVICE®    Click-N-Ship®**

EP14F July 2013
OD: 12.5 x 9.5

VISIT US AT USPS.CO
ORDER FREE SUPPLIES ONL



PRESS FIRMLY TO SEAL

PRESS FIRMLY TO SEAL

PRESS FIRMLY TO SEAL

PRI
★ N

DATE
USPS
INSU
PICK
Dom

WHEN USED I
A CUSTOM:
LABEL MAY





♲ This envelope is made from post-consumer waste. Please recycle - again.

PS00001000014