

April 2, 2026

**VIA ECF**
Honorable Madeline Cox Arleo, U.S.D.J.
Honorable André M. Espinosa, U.S.M.J.
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, NJ 07102

      Re:    *In re: Cognizant/TriZetto Data Security Incident*
              Civil Action No. 2:25-cv-18908-MCA-AME

Dear Judge Arleo and Judge Espinosa:

We are Counsel for Plaintiffs Gayle Burge, Ana Lamaire, Natanya Pope, and Norberto Claudio in the above-referenced consolidated action, and write in connection with Your Honor's March 10, 2026 Order Consolidating Actions [Dkt. No. 8] ("Order").

The Order provides that "[a]ny actions related to the Actions that are subsequently filed in or transferred to this District, or to be filed or transferred, shall be consolidated herewith." *Id.* at 4. Subsequent to the filing of Plaintiffs' letter requesting consolidation of the Related Actions on February 2, 2026, nine additional actions were filed in this District that arise out of the same data security incident: *Wolf v. TriZetto Provider Solutions, LLC, et al.*, No. 2:26-cv-02344; *Whiteside v. TriZetto Provider Solutions, LLC, et al.*, No. 2:26-cv-02373; *Lee v. Cognizant Technology Solutions Corporation, et al.*, No. 2:26-cv-0244; *Patterson v. Cognizant Technology Solutions Corporation, et al.*, No. 2:26-cv-02570; *Madoff v. Cognizant Technology Solutions Corporation, et al.*, No. 2:26-cv-02634; *Sawyer v. TriZetto Provider Solutions, LLC, et al.*, No. 2:26-cv-02698; *Vaughn v. Cognizant Technology Solutions Corporation, et al.*, No. 2:26-cv-02881; *Buser v. TriZetto Provider Solutions, LLC, et al.*, No. 2:26-cv-03156; *Billingslea v. Cognizant Technology Solutions Corporation, et al.*, No. 2:26-cv-03394. Accordingly, pursuant to the Order, Plaintiffs respectfully request that Your Honor direct the Clerk to consolidate these actions into this consolidated proceeding.

If this request meets with Your Honor's approval, please So Order this letter and enter it onto the Docket. Thank you.

           Respectfully submitted,

           **CAFFERTY CLOBES MERIWETHER & SPRENGEL LLP**

           */s/ Bryan L. Clobes*
           BRYAN L. CLOBES
           NICKOLAS J. HAGMAN (*pro hac vice*)

Cafferty Clobes Meriwether&Sprengel LLP

It is SO ORDERED as of this ____ day of April 2026.

_____