

April 9, 2026

**VIA ECF**
Honorable Madeline Cox Arleo, U.S.D.J.
Honorable André M. Espinosa, U.S.M.J.
Martin Luther King Building & U.S. Courthouse          **ORDER**
50 Walnut Street
Newark, NJ 07102

     Re:    *In re: Cognizant/TriZetto Data Security Incident*
          Civil Action No. 2:25-cv-18908-MCA-AME

Dear Judge Arleo and Judge Espinosa:

     We are Counsel for Plaintiffs Gayle Burge, Ana Lamaire, Natanya Pope, and Norberto Claudio in the above-referenced consolidated action, and write in connection with Your Honor's March 10, 2026 Order Consolidating Actions [Dkt. No. 8] ("Order").

     The Order provides that "[a]ny actions related to the Actions that are subsequently filed in or transferred to this District, or to be filed or transferred, shall be consolidated herewith." *Id.* at 4. On April 2, 2026, Plaintiffs notified Your Honor of nine related actions filed after the entry of the Order. *See* April 2, 2026 Letter [Dkt. No. 13]. On April 2, 2026, one additional action was filed in this District that arises out of the same data security incident: *Burnett v. Cognizant Technology Solutions Corp. et al.*, No. 2:26-cv-03525. Accordingly, pursuant to the Order, Plaintiffs respectfully request that Your Honor direct the Clerk to consolidate the *Burnett* action into this consolidated proceeding.

     If this request meets with Your Honor's approval, please So Order this letter and enter it onto the Docket. Thank you.

            Respectfully submitted,

            **CAFFERTY CLOBES MERIWETHER & SPRENGEL LLP**

            */s/ Bryan L. Clobes*
            BRYAN L. CLOBES
            NICKOLAS J. HAGMAN (*pro hac vice*)

It is SO ORDERED as of this <u>9th</u> day of April 2026.

  */s/ André M. Espinosa*

  ANDRÉ M. ESPINOSA
  United States Magistrate Judge