**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| *In re: Cognizant/TriZetto Data Security Incident* | Case No.: 2:25-cv-18908 |

**PLAINTIFFS' STATUS REPORT**

Pursuant to the Court's March 10, 2026 Order Consolidating Cases ("Consolidation Order") (Dkt. 8), Plaintiffs[1] submit the following report regarding the status of cases filed against Defendants Cognizant Technology Solutions Corporation ("Cognizant") and TriZetto Provider Solutions, LLC ("TPS") regarding a data breach of personal and private information in late 2025 (the "Data Breach") and setting forth a schedule regarding the filing of initial motions and pleadings. On April 8, 2026, the undersigned and Counsel for Defendants Cognizant and TPS conferred regarding the contents of this Status Report.

**RELATED ACTIONS**

To date, seventeen cases have been filed in the District of New Jersey against at least one of Cognizant and/or TriZetto. Six of those actions were previously consolidated into the first-filed action pursuant to the Consolidation Order. On April 2, 2026, Plaintiffs notified the Court of nine related actions filed in this District and requested that those additional cases be consolidated into the above-captioned matter. Dkt. 13. On April 9, 2026, the Court granted consolidation of the nine related actions. Dkt. 15. That same day, Plaintiffs notified the Court of one additional related action that was filed in this District and requested consolidation. Dkt. 16.

---

[1] Plaintiffs are Gayle Burge, Ana Lamaire, Natanya Pope, and Norberto Claudio, Melissa Trimble, Joanne Torkomian, Fatima Chaaban, Kathy Noble-Mayer, Marquintha Johnson, Lori DeLaRiva, Billy Simpson, Suzanna Elich, Ray Madoff, Felicia Billingslea, Michael Conrad, Charein Faraj, Michelle Ley, Stacey Marchand, Annabelle Patterson, Lisa Scorpio, Theresa Ilene, Harris Vaughn Marion Barnett, Jim Caldwell, John Wolf, and Lana Whiteside.

In addition to the actions pending in this District, there are several other actions currently pending in three other District Courts against Cognizant and/or TPS. In the Eastern District of Missouri, Judge Cohen consolidated seven actions but denied a request to appoint interim lead counsel. *See Niessing v. TriZetto Provider Solutions, LLC*, No. 4:25-cv-01861-PLC, Dkt. 25 (E.D. Mo. Mar. 25, 2026) (consolidating seven actions).[2] There also is one action pending in the Northern District of California, and two actions pending in the Eastern District of California. A list of the related actions is attached hereto as Exhibit A.

In addition to the cases identified in Exhibit A against Cognizant and/or TPS, four actions have been filed that potentially assert claims allegedly arising out of the Data Incident, but which do not include either Cognizant or TPS as a named defendant. Those additional actions are included in Exhibit A.

On March 17, 2026, following this Court's entry of the Consolidation Order, Plaintiffs Gayle Burge, Ana Lamaire, Natanya Pope, and Norberto Claudio filed a motion before the Judicial Panel on Multidistrict Litigation ("JPML") requesting consolidation and transfer of all actions arising out of the Data Breach (the "Motion to Transfer"). *See In re Cognizant Technology Solutions and TriZetto Provider Solutions LLC, Data Security Litigation,* MDL No. 3185, Dkt. 1. On March 18, 2026, the JPML set a deadline of April 8, 2026, for the filing of any response to the Motion to Transfer, and April 15, 2026, for any Reply to the Motion to Transfer. *Id.*, Dkt. 4. A hearing has not yet been scheduled on the Motion to Transfer. [3]

---

[2] On April 6, 2026, the court consolidated one later-filed action. *Id.* Dkt. 41.
[3] Plaintiffs sent to this Court a courtesy copy of their Motion to Transfer to the JPML, which was subsequently entered on the docket in this consolidated action and inadvertently set for hearing on April 20, 2026. *See* ECF 12. The parties respectfully request that the Court strike the docket entry setting the Motion to Transfer for hearing, since the Motion will be decided by the JPML, rather than to this Court.

On April 8, 2026, Cognizant and TPS files motions to transfer pursuant to Section 1404(a) in the cases pending in the Eastern District of California, and a pre-motion letter regarding an anticipated motion to transfer pursuant to Section 1404(a).

## PROPOSED INITIAL DEADLINES

The Consolidation Order required the Parties to propose deadlines for: 1) filing of applications for the appointment of interim lead counsel under Rule 23(g); 2) filing any other motions, including a motion to transfer venue; 3) filing a consolidated complaint; 4) filing defendants' response to the forthcoming consolidated complaint; and 5) deadlines for briefing concerning any motion to dismiss the consolidated complaint. *See* Consolidation Order.

Plaintiffs propose that the various deadlines listed above be held in abeyance until the JPML Motion to Transfer is resolved. Awaiting the JPML's decision on the Motion to Transfer will promote judicial efficiency and eliminate the need to adjust the deadlines following a ruling from the JPML. Further, should the JPML grant the Motion to Transfer and all actions arising out of the Data Incident are consolidated into a single forum, all parties to the related actions would have input regarding the initial schedule. Similarly, should the JPML consolidate and transfer the related actions, such an order would eliminate any need to set a deadline for the filing of a motion to transfer.

TPS and Cognizant respectfully request that the Court set a briefing schedule for its anticipated motion to transfer venue and timely decide said motion without waiting for the decision of the JPML. As further explained in in their to-be-filed motion, this course of action would promote judicial efficiency by allowing complete consolidation of all related actions in the Eastern District of Missouri without any need for inconvenient and administratively burdensome centralization. The JPML expressly prefers that district courts decide § 1404 venue transfer

motions before it rules on § 1407 centralization motions, with the expectation that venue transfers can eliminate any need for centralization.

Plaintiffs anticipate filing a response to Cognizant's and TPS's pre-motion letter and oppose the filing of Defendants' proposed motion pending the JPML's determination of the Motion to Transfer.

Dated: April 9, 2026

Respectfully submitted,

/s/ Bryan L. Clobes
Bryan L. Clobes
Nickolas J. Hagman (*pro hac vice*)
Alex Lee*
**CAFFERTY CLOBES
MERIWETHER & SPRENGEL LLP**
135 S. LaSalle, Suite 3210
Chicago, Illinois 60603
Telephone: (312) 782-4880
Facsimile: (312) 782-4485
bclobes@caffertyclobes.com
nhagman@caffertyclobes.com
alee@caffertyclobes.com

*Counsel for Plaintiffs Burge, Lamaire, Pope, and Claudio*

**CARELLA BYRNE CECCHI
BRODY & AGNELLO, P.C.**
James E. Cecchi
Jason H. Alperstein
5 Becker Farm Road
Roseland, NJ 07068
Telephone: (973) 994-1700
Facsimile: (973) 994-1744
jcecchi@carellabyrne.com
jalperstein@carellabyrne.com

*Counsel for Plaintiffs Theresa Ilene Harris Vaughn and Marion Barnett*

4

**KAPLAN FOX & KILSHEIMER LLP**
Joel B. Strauss
Ariana J. Tadler
800 Third Avenue, 38th Floor
New York, NY 10022
Telephone:  212-687-1980
Facsimile: 212-687-7714
jstrauss@kaplanfox.com
atadler@kaplanfox.com

**KAPLAN FOX & KILSHEIMER LLP**
William J. Pinilis
160 Morris Street
Morristown, NJ  07960
Telephone: 973-656-0222
*wpinilis@kaplanfox.com*

**KAPLAN FOX & KILSHEIMER LLP**
Laurence D. King (Pro Hac Vice
Application pending)
Matthew B. George (Pro Hac Vice
Application pending)
Blair E. Reed (Pro Hac Vice Application
pending)
Sophia V. Pintar (Pro Hac Vice Application
pending)
1999 Harrison Street, Suite 1501
Oakland, CA 94612
Telephone:  415-772-4700
Facsimile:   415-772-4707
lking@kaplanfox.com
mgeorge@kaplanfox.com
breed@kaplanfox.com
spintar@kaplanfox.com

*Attorneys for Plaintiff Joseph Sawyer*

**WOLF POPPER LLP**
Adam T. Savett
Matthew Insley-Pruitt (Pro Hac Vice
application pending)
Justyn Millamena (Pro Hac Vice application
pending)
570 Lexington Ave., 19th Floor
New York, NY 10022
Tel: (212) 759-4600

5

asavett@wolfpopper.com
minsley-pruitt@wolfpopper.com
jmillamena@wolfpopper.com

*Attorneys for Plaintiffs Madoff, Billingslea, Conrad, Faraj, Ley, and Marchand*

**DANNLAW**
Marc E. Dann *(pro hac vice forthcoming)*
Brian D. Flick *(pro hac vice forthcoming)*
Michael Smith *(pro hac vice forthcoming)*
Javier Merino
15000 Madison Avenue
Lakewood, OH 44107
Phone: (216) 373-0539
Fax: (216) 373-0536
notices@dannlaw.com

**ZIMMERMAN LAW OFFICES, P.C.**
Thomas A. Zimmerman, Jr.
*(pro hac vice* application pending*)*
77 W. Washington Street, Suite 1220
Chicago, Illinois 60602
Phone: (312) 440-0020
Fax: (312) 440-4180
tom@attorneyzim.com
www.attorneyzim.com

*Attorneys for Plaintiff Annabelle Patterson*

Mark K. Svensson
**MILBERG PLLC**
405 East 50th Street
New York, NY 10022
Tel: (202) 975-0468
msvensson@milberg.com

Casondra Turner *(pro hac vice forthcoming)*
**MILBERG PLLC**
260 Peachtree Street NW, Suite 2200
Atlanta, GA 30303
Tel: (866) 252-0878
cturner@milberg.com

*Attorneys for Plaintiff Lisa Scorpio*

6

**LAUKAITIS LAW LLC**
Kevin Laukaitis
954 Avenida Ponce De Leon
Suite 205, #10518
San Juan, PR 00907
T: (215) 789-4462
klaukaitis@laukaitislaw.com

*Attorney for Plaintiffs Jim Caldwell, John Wolf, and Lana Whiteside*

**SCIOLLA LAW FIRM LLC**
Andrew J. Sciolla *(pro hac vice forthcoming)*
Land Title Building
100 S. Broad Street, Suite 1910
Philadelphia, PA 19110
T: (267) 328-5245
F: (215) 972-1545
andrew@sciollalawfirm.com

*Attorney for Plaintiff John Wolf*

**POULIN | WILLEY | ANASTOPOULO, LLC**
Paul J. Doolittle *(pro hac vice forthcoming)*
32 Ann Street, Charleston, SC 29403
Tel: (803) 222-2222
Email: pauldoolittle@poulinwilley.com
cmad@poulinwilley.com

*Attorney for Plaintiff Lana Whiteside*

7

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on April 9, 2026, a true and correct copy of the foregoing was filed using the CM/ECF system which will send a notice of electronic filing to all counsel or parties on the service list.

*s/      Bryan L. Clobes*
Bryan L. Clobes

# EXHIBIT A

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| *In re: Cognizant/TriZetto Data Security Incident* | Case No. 2:25-cv-18908-MCA-AME |

**LIST OF PENDING RELATED ACTIONS**

**Judicial Panel on Multidistrict Litgation**
- *In re Cognizant Technology Solutions and TriZetto Provider Solutions LLC, Data Security Litigation,* MDL No. 3185 (filed March 17, 2026)

**District of New Jersey**
- *In Re: Cognizant/TriZetto Data Breach Litigation*, Case No. 2:25-cv-18908
  - o Cases Consolidated on March 10, 2026:
    - ▪ *Burge, et al. v. Cognizant Technology Solutions Corporation, et al.*, Case No. 25-cv-18908 (filed Dec. 22, 2025)
    - ▪ *Lytle, et al. v. TriZetto Provider Solutions LLC, et al.*, Case No. 25-cv-18938 (filed Dec. 23, 2025)
    - ▪ *Noble v. TriZetto Provider Solutions LLC, et al.*, Case No. 25-cv-18967 (filed Dec. 23, 2025)
    - ▪ *Trimble, et al. v. Cognizant Technology Solutions Corporation, et al.*, Case No. 25-cv-18969 (filed Dec. 23, 2025)
    - ▪ *Scorpio v. Cognizant Technology Solutions Corporation, et al.*, Case No. 25-cv-19027 (filed Dec. 29, 2025)
    - ▪ *Caldwell v. Cognizant Technology Solutions Corporation, et al.*, Case No. 25-cv-19056 (filed Dec. 30, 2025)
  - o Cases Consolidated on April 9, 2026:
    - ▪ *Whiteside v. TriZetto Provider Solutions LLC, et al.*, Case No. 26-cv-2373 (filed Mar. 6, 2026)
    - ▪ *Wolf v. TriZetto Provider Solutions LLC, et al.*, Case No. 26-cv-2344 (filed Mar. 6, 2026)
    - ▪ *Lee v. Cognizant Technology Solutions Corporation, et al.*, Case No. 26-cv-2444 (filed Mar. 10, 2026))
    - ▪ *Patterson v. Cognizant Technology Solutions Corporation, et al.*, Case No. 26-cv-2570 (filed Mar. 10, 2026)
    - ▪ *Madoff v. Cognizant Technology Solutions Corporation, et al.*, Case No. 26-cv-2634 (filed Mar. 12, 2026)
    - ▪ *Sawyer v. TriZetto Provider Solutions LLC, et al.*, Case No. 26-cv-2698 (filed Mar. 16, 2026)
    - ▪ *Vaughn v. Cognizant Technology Solutions Corporation, et al.*, Case No. 26-cv-2881 (filed Mar. 19, 2026)

- - *Buser v. TriZetto Provider Solutions LLC, et al.*, Case No. 26-cv-3156 (filed Mar. 25, 2026)
    - *Billingslea, et al v. Cognizant Technology Solutions Corporation, et al.*, Case No. 26-cv-3394 (filed Mar. 31, 2026)
  - *Barnett v. Cognizant Technology Solutions Corporation, et al.*, Case No. 26-cv-3525 (filed Apr. 2, 2026)

**Eastern District of Missouri**
- *In Re TriZetto Provider Solutions Data Security Breach Litigation*, Case No. 4:25-cv-01861
  - Cases Consolidated on March 25, 2026:
    - *Niessing v. TriZetto Provider Solutions LLC, et al.*, Case No. 25-cv-1861 (filed Dec. 19, 2025)
    - *Wheeler v. TriZetto Provider Solutions LLC, et al.*, Case No. 25-cv-1888 (filed Dec. 30, 2025)
    - *Corbray, et al. v. TriZetto Provider Solutions LLC, et al.*, Case No. 26-cv-0013 (filed Jan. 6, 2026)
    - *Limbos Vadla v. TriZetto Provider Solutions LLC, et al.*, Case No. 26-cv-0070 (filed Jan. 16, 2026)
    - *Cleveland, et al. v. TriZetto Provider Solutions LLC, et al.*, Case No. 26-cv-0264 (filed Feb. 23, 2026)
    - *Stone, et al. v. TriZetto Provider Solutions LLC, et al.*, Case No. 26-cv-00308 (filed Mar. 3, 2026)
    - *Spangler v. TriZetto Provider Solutions LLC, et al.*, Case No. 26-cv-00322 (filed Mar. 5, 2026)
  - Cases Consolidated April 6, 2026
    - *P.B. v. TriZetto Provider Solutions LLC, et al.*, Case No. 26-cv-450 (filed Mar. 27, 2026)
- *Dejesus v. TriZetto Provider Solutions LLC, et al.*, Case No. 26-cv-523 (filed Apr. 8, 2026)

**Eastern District of California**
- *Taylor v. TriZetto Provider Solutions LLC, et al.*, Case No. 26-cv-00086 (filed Jan. 12, 2026)

**Northern District of California**
- *De La Pena v. TriZetto Provider Solutions LLC, et al.*, Case No. 26-cv-00264 (filed Jan. 9, 2026)
- *Hahn v. TriZetto Provider Solutions LLC, et al.*, Case No. 26-cv-2267 (filed Mar. 16, 2026)

**Potentially Related Actions Not Naming Cognizant or TriZetto**
- *Friedman v. Tucson Orthopaedic Institute P.C.*, Case No. C20259052 (Ariz. Sup. Ct. Pima Cnty.) (filed Dec. 23, 2025)

- *Carucci v. Cares Community Health d/b/a One Community Health*, Case No. 26-cv-1314 (E.D. Cal.) (removed on April 3, 2026, originally filed Jan 15, 2026 in Cal. Sup. Ct. Sacramento Cnty., Case No. 26CV001036)
- *Plassas v. Planned Parenthood Shasta-Diablo Inc. d/b/a Planned Parenthood Northern CA*, C26-00192 (Cal. Sup. Ct. Contra Costa Cnty.) (filed Jan. 16, 2026)
- *Coffer v. Advocates for a Healthy Community, Inc.*, 2631-CC00143 (Mo. Cir. Ct. Green Cnty.) (filed Feb. 5, 2026)