## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| *In re: Cognizant/TriZetto Data Security Incident* | Civil Action No. 2:25-cv-18908-MCA-AME |
| This Document Relates to:<br><br>ELIZABETH NOBLE, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>TRIZETTO PROVIDER SOLUTIONS LLC and GENESIS HEALTHCARE HOLDING COMPANY INC. d/b/a GENESIS HEALTHCARE,<br><br>    Defendants. | Civil Action No. 2:25-cv-18967-MCA-AME |

## <u>NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE</u>

Plaintiff Elizabeth Noble, by and through her undersigned counsel, hereby voluntarily dismisses this action against **<u>only</u>** Defendant Genesis Healthcare Holding Company Inc. d/b/a Genesis Healthcare, without prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). This dismissal does not impact the case or Plaintiff Elizabeth Noble's claims against Defendant Trizetto Provider Solutions LLC.

Dated: April 9, 2026.

Respectfully submitted,

*/s/ Kenneth J. Grunfeld*

Kenneth J. Grunfeld, Esquire (NJ#026091999)
**KOPELOWITZ OSTROW P.A**.
65 Overhill Road
Bala Cynwyd, PA 19904
Tel: 954.525.4100
grunfeld@kolawyers.com

Raina C. Borrelli*
**STRAUSS BORRELLI PLLC**
One Magnificent Mile
980 N. Michigan Avenue, Suite 1610
Chicago, IL 60611
Telephone: (872) 263-1100
Facsimile: (872) 263-1109
raina@straussborrelli.com

*Pro hac vice forthcoming

*Attorney for Plaintiff and the Class*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on April 9, 2026, a true and correct copy of the foregoing was filed using the CM/ECF system which will send a notice of electronic filing to all counsel or parties on the service list.

/s/ Kenneth J. Grunfeld
Kenneth J. Grunfeld

SO ORDERED

s/Madeline Cox Arleo
MADELINE COX ARLEO, U.S.D.J.

Date:    4/10/26

2

4897-4966-1789, v. 1