

## CARELLA BYRNE
## CECCHI BRODY
## AGNELLO, P.C.

| | | | |
|---|---|---|---|
| JAN ALAN BRODY | DONALD F. MICELI | OF COUNSEL | RAYMOND J. LILLIE |
| JOHN M. AGNELLO | MELISSA E. FLAX | PETER G. STEWART | GREGORY G. MAROTTA |
| CHARLES M. CARELLA | DAVID G. GILFILLAN | CARL R. WOODWARD, III | MARYSSA P. GEIST |
| JAMES E. CECCHI | G. GLENNON TROUBLEFIELD | FRANCIS C. HAND | BRITTNEY M. MASTRANGELO |
| | BRIAN H. FENLON | JAMES A. O'BRIEN, III | GRANT Y. LEE*** |
| | CAROLINE F. BARTLETT | JOHN G. ESMERADO | MAYBOL HALL |
| CHARLES C. CARELLA | ZACHARY S. BOWER+ | STEVEN G. TYSON | WILLIAM J. MANORY |
| 11/21/33 – 11/4/23 | DONALD A. ECKLUND | MATTHEW J. CERES | NESLIHAN Z. TALU |
| | CHRISTOPHER H. WESTRICK* | ZACHARY A. JACOBS*** | PATRICK J. DOHERTY |
| | STEPHEN R. DANEK | JASON H. ALPERSTEIN | |
| | MICHAEL A. INNES | | |
| | MEGAN A. NATALE | | *CERTIFIED BY THE SUPREME COURT OF NEW JERSEY AS A CIVIL TRIAL ATTORNEY |
| | KEVIN G. COOPER | | ***MEMBER IL BAR ONLY |
| | | | +MEMBER FL BAR ONLY |

April 13, 2026

Clerk, United States District Court
For the District of New Jersey
50 Walnut Street
Newark, New Jersey 07101

**In re: Cognizant/TriZetto Data Security Incident**
**Civil Action No. 2:25-cv-18908-MCA-AME**
**This Document Relates to:  Paul Buser v. Trizetto Provider**
**Solutions LLC**
**Civil Action No. 2:26-03156**

Dear Sir/Madam:

We filed pro hac vice documents for the admission of Norman E. Siegel with respect to Civil Case No. 2:26-cv-03156. The Order was entered on April 8, 2026. This case has now been consolidated as Civil Case No. 25-18908. Therefore, the Request by Local Counsel for Pro Hac Vice Attorney to Receive Electronic Notifcations will be separately filed with respect to the lead case – 3:25-cv-18908-MCA-AME.

Respectfully submitted,

CARELLA, BYRNE, CECCHI,
BRODY & AGNELLO

*/s/ James E. Cecchi*

James E. Cecchi

JEC:neh
#902853