

# CARELLA BYRNE
## CECCHI BRODY
### AGNELLO, P.C.

| | | | |
|---|---|---|---|
| JAN ALAN BRODY | DONALD F. MICELI | OF COUNSEL | RAYMOND J. LILLIE |
| JOHN M. AGNELLO | MELISSA E. FLAX | PETER G. STEWART | GREGORY G. MAROTTA |
| CHARLES M. CARELLA | DAVID G. GILFILLAN | CARL R. WOODWARD, III | MARYSSA P. GEIST |
| JAMES E. CECCHI | G. GLENNON TROUBLEFIELD | FRANCIS C. HAND | BRITTNEY M. MASTRANGELO |
| | BRIAN H. FENLON | JAMES A. O'BRIEN, III | GRANT Y. LEE*** |
| | CAROLINE F. BARTLETT | JOHN G. ESMERADO | MAYBOL HALL |
| CHARLES C. CARELLA | ZACHARY S. BOWER+ | STEVEN G. TYSON | WILLIAM J. MANORY |
| 11/21/33 – 11/4/23 | DONALD A. ECKLUND | MATTHEW J. CERES | NESLIHAN Z. TALU |
| | CHRISTOPHER H. WESTRICK* | ZACHARY A. JACOBS*** | |
| | STEPHEN R. DANEK | JASON H. ALPERSTEIN | *CERTIFIED BY THE SUPREME COURT OF |
| | MICHAEL A. INNES | | NEW JERSEY AS A CIVIL TRIAL |
| | MEGAN A. NATALE | | ATTORNEY |
| | KEVIN G. COOPER | | ***MEMBER IL BAR ONLY |
| | | | +MEMBER FL BAR ONLY |

April 10, 2026

**VIA ECF**

Honorable Andre M. Espinosa, U.S.M.J.
United States District Court
50 Walnut Street
Newark, NJ 07101

>      Re:    **In re: Cognizant/Trizetto Data Security Incident**
>             **Civil Action No. 2:25-cv-18908-MCA-AME**

Dear Judge Espinosa:

We represent Plaintiffs in the above matter. Please find enclosed the Certifications of Steven M. Nathan and James J. Pizzirusso, and the Declaration of James E. Cecchi to admit Steven M. Nathan and James J. Pizzirusso as counsel *pro hac vice* in the above matter. Defendants have consented to the application. If the papers are acceptable to the Court, we respectfully request that the attached proposed Order be entered and a "filed" copy be returned to us via the ECF system.

Thank you for your attention to this matter.

Respectfully submitted,

CARELLA, BYRNE, CECCHI,
BRODY & AGNELLO

*/s/ James E. Cecchi*

JAMES E. CECCHI

JEC:neh
Enc.
cc:    All counsel (via ECF)

CARELLA, BYRNE, CECCHI, BRODY & AGNELLO, P.C. \ ATTORNEYS AT LAW
5 BECKER FARM ROAD \ ROSELAND, NJ  07068 \ 973-994-1700 \ FAX 973-994-1744
www.carellabyrne.com