# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| In re:  Cognizant/Trizetto Data Security Interest | Case No.:  2:25-cv-18908<br><br>Hon. Madeline Cox Arleo, U.S.D.J.<br>Hon. Andre M. Espinosa, U.S.M.J. |

## CERTIFICATION OF STEVEN M. NATHAN IN SUPPORT OF PLAINTIFF'S MOTION FOR ADMISSION *PRO HAC VICE*

I, STEVEN M. NATHAN, do hereby certify as follows:

1.     I am Of Counsel at the firm HAUSFELD LLP, 33 Whitehall Street, 14th Floor, New York, NY 10004, one of the attorneys for Plaintiff Marion Barnett (the "Plaintiff") in the above-captioned matter.

2.     I make this Certification in support of my admission Pro Hac Vice as counsel for the Plaintiff.

3.     Counsel for all other parties consent to this application.

4.     I am, and have been, a member in good standing of the Bars of New York (date of admission June 3, 2002), and California (date of admission June 6, 1991).  The office responsible for maintaining the roll of members of the Bar of

New York is the New York State Bar Association, located at 1 Elk Street, Albany, NY 12207; and of California is the State Bar of California, located at 180 Howard Street, San Francisco, CA 94105.

5.    I am admitted to, and have been, a member in good standing of the following courts:

| Court | Date of Admission |
| --- | --- |
| C.D. Cal. | 6/12/1991 |
| E.D. Cal. | 1/21/2025 |
| N.D. Cal. | 6/5/1990 |
| S.D. Cal. | 12/19/2022 |
| D. Colo. | 3/3/2026 |
| C.D. Ill. | 1/9/2023 |
| D. Md. | 3/24/2023 |
| E.D. Mich. | 11/29/2023 |
| D. Neb. | 7/11/2024 |
| E.D.N.Y. | 7/7/1988 |
| S.D.N.Y. | 6/21/1988 |
| 3d Circuit | 1/9/2024 |
| 4th Circuit | 3/1/2024 |
| 7th Circuit | 5/30/2025 |
| 9th Circuit | 6/25/2018 |

6.    Hausfeld LLP has represented Plaintiffs in many legal matters similar to this litigation over the last several years. During that time, other attorneys at my firm and I have developed detailed knowledge and experience in litigation of this type. Plaintiff has requested that I appear and represent her in this matter.

7.    No disciplinary proceedings are pending against me in any jurisdiction, and no discipline has previously been imposed upon me in any

jurisdiction.

8.      If admitted Pro Hac Vice, I shall make prompt payment to the New Jersey Lawyers Fund for Client Protection as provided by New Jersey R. 1:28-2(a) for any year in which I continue to appear in this matter.

9.      If admitted Pro Hac Vice, I will adhere to the requirements of Local Civ. R. 101.1(c).

10.     If admitted Pro Hac Vice, I understand that I will be bound by the jurisdiction of this Court.

11.     If admitted Pro Hac Vice, I will be at all times associated with James E. Cecchi, of Carella Byrne Cecchi Brody and Agnello, P.C., who is New Jersey counsel of record in this case and admitted to this Court. James E. Cecchi or another attorney of record will sign all pleadings, briefs, and other papers submitted to this Court.

Date: _April 8, 2026_                          By: _____

Steven M. Nathan
HAUSFELD LLP
33 Whitehall Street, 14th Floor
New York, NY 10004
Tel.: (646) 357-1100
Fax: (212) 202-4322
snathan@hausfeld.com

*Attorney for Plaintiff Marion Barnett*