# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re:  Cognizant/Trizetto Data Security Incident | Case No.: 2:25-18908<br><br>Hon. Madeline Cox Arleo, U.S.D.J.<br>Hon. Andre M. Espinosa, U.S.M.J. |

## CERTIFICATION OF JAMES J. PIZZIRUSSO IN SUPPORT OF PLAINTIFF'S MOTION FOR ADMISSION *PRO HAC VICE*

I, JAMES J. PIZZIRUSSO, do hereby certify as follows:

1.    I am a Partner at the firm HAUSFELD LLP, 1200 17th Street, NW, Suite 600, Washington, DC 20036, one of the attorneys for Plaintiff Marion Barnett (the "Plaintiff") in the above-captioned matter.

2.    I make this Certification in support of my admission Pro Hac Vice as counsel for the Plaintiff.

3.    Counsel for all other parties consent to this application.

4.    I am, and have been, a member in good standing of the Bar of the District of Columbia since June 3, 2002.  The office responsible for maintaining the roll of members of the Bar of the District of Columbia is the D.C. Bar Office,

901 4th Street, NW, Washington, DC 20001.

5.    I am admitted to, and have been, a member in good standing of the following courts:

| Court | Date of Admission |
| --- | --- |
| E.D. Ark. | 10/25/2006 |
| D. Colo. | 10/25/2016 (Re-Admitted 8/11/2025) |
| D.D.C. | 3/3/2003 |
| C.D. Ill. | 1/9/2023 |
| D. Md. | 3/15/2019 |
| D. Neb. | 7/11/2024 |
| USCA 3d Cir. | 7/30/2024 |
| USCA 4th Cir. | 11/21/2001 |
| USCA 6th Cir. | 1/13/2014 |
| USCA 7th Cir. | 5/30/2025 |
| USCA 9th Cir. | 2/7/2014 |
| USCA 10th Cir. | 8/25/2017 |
| Court of Fed. Claims | 4/9/2003 |
| United States Supreme Court | 3/3/2008 |

6.    Hausfeld LLP has represented Plaintiffs in many legal matters similar to this litigation over the last several years. During that time, other attorneys at my firm and I have developed detailed knowledge and experience in litigation of this type. Plaintiff has requested that I appear and represent her in this matter.

7.    No disciplinary proceedings are pending against me in any jurisdiction, and no discipline has previously been imposed upon me in any jurisdiction.

2

8.      If admitted Pro Hac Vice, I shall make prompt payment to the New Jersey Lawyers  Fund for Client Protection as provided by New Jersey R. 1:28-2(a) for any year in which I continue to appear in this matter.

9.      If admitted Pro Hac Vice, I will adhere to the requirements of Local Civ. R. 101.1(c).

10.     If admitted Pro Hac Vice, I understand that I will be bound by the jurisdiction of this Court.

11.     If admitted Pro Hac Vice, I will be at all times associated with James E. Cecchi, of Carella Byrne Cecchi Brody and Agnello, P.C., who is New Jersey counsel of record in this case and admitted to this Court. James E. Cecchi or another attorney of record will sign all pleadings, briefs, and other papers submitted to this Court.

Date: <u>April 8, 2026</u>          By: _____

James J. Pizzirusso
HAUSFELD LLP
1200 17th Street, NW, Suite 600
Washington, DC 20036
Tel.: (202) 540-7200
Fax: (202) 540-7201
jpizzirusso@hausfeld.com

*Attorney for Plaintiff Marion Barnett*

3