# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| **In re: Cognizant/Trizetto Data Security Incident.** | **Civil Action No. 2:25-18908(MCA/AME)**<br><br>**[PROPOSED] ORDER** |

THIS MATTER having been opened to the Court by Carella, Byrne, Cecchi, Brody & Agnello, P.C. ("Carella Byrne"), counsel for plaintiff, and counsel for Defendants not objecting, and the Court having considered the moving papers, and good cause appearing:

IT IS THIS _____ day of _____, 2026,

ORDERED that James J. Pizzirusso and Steven M. Nathan are hereby admitted *pro hac vice* on behalf of Plaintiff for the above matter pursuant to L. Civ. R. 101.1(c); and it is further

ORDERED that all notices, pleadings, and other papers filed with the Court shall be served upon Carella Byrne, and that Carella Byrne shall enter all appearances and be responsible for signed papers and for the conduct of the attorney admitted herewith, and it is further

ORDERED that James J. Pizzirusso and Steven M. Nathan shall make payments to the New Jersey Lawyers' Fund for Client Protection as provided by New Jersey Court Rule 1:28-2(a) and shall make such payment as required for each

year in which he continues to appear *pro hac vice* in this matter, and $250.00 to the

United States District Court for the District of New Jersey, as required by Local Civil

Rule 101.1(c).

 

 

_____

Hon. Andre M. Espinosa
United States Magistrate Judge

#902644