

April 15, 2026

**VIA ECF**

Honorable Madeline Cox Arleo, U.S.D.J.
Honorable André M. Espinosa, U.S.M.J.
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, NJ 07102

Re:    *In re: Cognizant/TriZetto Data Security Incident*, No. 2:25-cv-18908-MCA-AME
<u>Notice of Related Action</u>

Dear Judge Arleo and Judge Espinosa:

We are Counsel for Plaintiffs Gayle Burge, Ana Lamaire, Natanya Pope, and Norberto Claudio in the above-referenced consolidated action, and write in connection with Your Honor's March 10, 2026 Order Consolidating Actions [Dkt. No. 8] ("Order").

The Order provides that "[a]ny actions related to the Actions that are subsequently filed in or transferred to this District, or to be filed or transferred, shall be consolidated herewith." *Id.* at 4. On April 13, 2026, one additional action was filed in this District that arises out of the same data security incident: *Halcarz v. Cognizant Technology Solutions Corp. et al.*, No. 2:26-cv-3880. Accordingly, pursuant to the Order, Plaintiffs respectfully request that Your Honor direct the Clerk to consolidate the *Halcarz* action into this consolidated proceeding.

If this request meets with Your Honor's approval, please So Order this letter and enter it onto the Docket. Thank you.

Respectfully submitted,

**CAFFERTY CLOBES MERIWETHER & SPRENGEL LLP**

*/s/ Bryan L. Clobes*
BRYAN L. CLOBES
NICKOLAS J. HAGMAN (*pro hac vice*)

It is SO ORDERED as of this ___ day of April 2026.