# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| *In re: Cognizant/TriZetto Data Security Incident* | Case No. 2:25-cv-18908-MCA-AME |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Jason H. Alperstein, of the firm Carella Byrne Cecchi Brody & Agnello, P.C., hereby enters his appearance as counsel of record on behalf of Plaintiffs Marion Barnett, Paul Buser and Thereasa Ilene Harris Vaughn.

DATED: April 15, 2026                    Respectfully submitted,

/s/ *Jason H. Alperstein*
Jason H. Alperstein
**CARELLA, BYRNE, CECCHI,
BRODY & AGNELLO, P.C.**
5 Becker Farm Road
Roseland, New Jersey 07068
Telephone: (973) 994-1700
Facsimile: (973) 994-1744
jalperstein@carellabyrne.com

*Counsel for Plaintiffs and the Class*