DNJ-CMECF-002(Rev. 6/2025)

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **In re: Cognizant/Trizetto Data Security Incident** <br><br> **This Document Relates to:** <br><br> *Marion Barnett v. Cognizant Technology Solutions Corp. and Trizetto Provider Solutions, LLC* <br> *Case No. 2:26-cv-03525* <br><br> *and* <br><br> *Thereasa Ilene Harris Vaughn v. Cognizant Technology Solutions Corp. and Trizetto Provider Solutions, LLC* <br> *Case No. 2:26-cv-02881* | **Case No. 2:25-cv-18908-MCA-AME** <br><br><br> **REQUEST BY LOCAL COUNSEL FOR PRO HAC VICE ATTORNEY TO RECEIVE ELECTRONIC NOTIFICATIONS** |

Request is hereby made by local counsel for *pro hac vice* counsel to receive electronic notifications in the within matter, and it is represented that:

1.    An order of the Court granting a motion to appear *pro hac vice* in the within matter has been entered; and

2.    If admission was granted after March 1, 2024, the Admission Fee, in the amount of $250, pursuant to L.Civ.R. 101.1(c)(3), has been paid to the Clerk of the Court.

/s/ James E. Cecchi
_____
Signature of Local Counsel

**PRO HAC VICE ATTORNEY INFORMATION:**

| | |
|---|---|
| Name: | Steven M. Nathan |
| Firm: | Hausfeld LLP |
| Address: | 33 Whitehall Street, 14th Floor |
| | New York, NY 10004 |
| Email: | snathan@hausfeld.com |
| Phone: | 646-357-1100 |
| Admitted on behalf of: | Marion Barnett and Thereasa Ilene Harris Vaughn |