DNJ-CMECF-002(Rev. 6/2025)

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **In re: Cognizant/Trizetto Data Security Incident** | **Case No. 2:25-cv-18908-MCA-AME** |
| **This Document Relates to:** | |
| *Marion Barnett v. Cognizant Technology Solutions Corp. and Trizetto Provider Solutions, LLC* <br> *Case No. 2:26-cv-03525* | **REQUEST BY LOCAL COUNSEL FOR PRO HAC VICE ATTORNEY TO RECEIVE ELECTRONIC NOTIFICATIONS** |
| *and* | |
| *Thereasa Ilene Harris Vaughn v. Cognizant Technology Solutions Corp. and Trizetto Provider Solutions, LLC* <br> *Case No. 2:26-cv-02881* | |

Request is hereby made by local counsel for *pro hac vice* counsel to receive electronic notifications in the within matter, and it is represented that:

1.  An order of the Court granting a motion to appear *pro hac vice* in the within matter has been entered; and

2.  If admission was granted after March 1, 2024, the Admission Fee, in the amount of $250, pursuant to L.Civ.R. 101.1(c)(3), has been paid to the Clerk of the Court.

/s/ *James E. Cecchi*

Signature of Local Counsel

**PRO HAC VICE ATTORNEY INFORMATION:**

Name: James J. Pizzirusso

Firm: Hausfeld LLP

Address: 1200 17th Street, N.W., Suite 600
Washington, D.C. 20036

Email: jpizzirusso@ hausfeld.com

Phone: 202-540-7200

Admitted on behalf of: Marion Barnett and Thereasa Ilene Harris Vaughn