**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

|  |  |
|---|---|
| **IN RE: COGNIZANT/TRIZETTO DATA SECURITY INCIDENT** | CIVIL ACTION NO: 2:25-cv-18908 |
|  | **NOTICE OF APPEARANCE** |

**NOTICE OF APPEARANCE**

Kindly enter my appearance on behalf of Plaintiffs Jim Caldwell, John Wolf, and Lania Whiteside in the above-captioned action.

Dated:        April 20, 2026

Respectfully submitted,

*/s/ Kevin Laukaitis*
Kevin Laukaitis
NJ ID# 155742022
**LAUKAITIS LAW LLC**
954 Avenida Ponce De Leon
Suite 205, #10518
San Juan, PR 00907
Tel: (215) 559-6072
klaukaitis@laukaitislaw.com

*Counsel for Plaintiffs*