# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| **IN RE: COGNIZANT/TRIZETTO DATA SECURITY INCIDENT** | CIVIL ACTION NO: 2:25-cv-18908<br><br>**NOTICE OF VOLUNTARY DISMISSAL** |

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Jim Caldwell, ("Plaintiff"), by and through his counsel, notices the Court of the voluntary dismissal of all of his claims against Defendant San Francisco Health Plan ("Defendant"), without prejudice. Plaintiff dismisses his claims before Defendant has served either an answer or a motion for summary judgment.

Dated:        April 20, 2026

Respectfully submitted,

*/s/ Kevin Laukaitis*
Kevin Laukaitis
**LAUKAITIS LAW LLC**
954 Avenida Ponce De Leon
Suite 205, #10518
San Juan, PR 00907
Tel: (215) 559-6072
klaukaitis@laukaitislaw.com