**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

**IN RE COGNIZANT/TRIZETTO DATA**
**SECURITY INCIDENT**

Case No.:   2:25-cv-18908

**NOTICE OF VOLUNTARY DISMISSAL**

Plaintiff Lania Whiteside ("Plaintiff"), by and through undersigned counsel, hereby gives

notice pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, that she voluntarily

dismisses all of her claims without prejudice against Defendants Trizetto Provider Solutions LLC,

Cognizant Technology Solutions Corporation and Local Initiative Health Authority for Los

Angeles County ("Defendants"). Defendants have not served an answer or motion for summary

judgment in this action. Accordingly, Plaintiff notices voluntary dismissal of this action, without

prejudice.

Dated: April 20, 2026.

Respectfully Submitted,

*/s/ Kevin Laukaitis*
Kevin Laukaitis
**LAUKAITIS LAW LLC**
954 Avenida Ponce De Leon
Suite 205, #10518
San Juan, PR 00907
Tel: (215) 559-6072
klaukaitis@laukaitislaw.com