DNJ-CMECF-002 (Rev. 6/2025)

UNITED STATES DISTRICT COURT
for the
DISTRICT OF NEW JERSEY

In re COGNIZANT/TRIZETTO DATA SECURITY INCIDENT

Plaintiff(s),

v.

Defendant(s)

**REQUEST BY LOCAL COUNSEL FOR PRO HAC VICE ATTORNEY TO RECEIVE ELECTRONIC NOTIFICATION**

Civil Action No. 25-18908-MCA-AME

Request is hereby made by local counsel for *pro hac vice* counsel to receive electronic notifications in the within matter, and it is represented that:

1.  An order of the Court granting a motion to appear *pro hac vice* in the within matter has been entered; and

2.  If admission was granted after March 1, 2024, the Admission Fee, in the amount of $250, pursuant to L.Civ.R. 101.1(c)(3), has been paid to the Clerk of the Court.

/s/ Joel B. Strauss

Signature of Local Counsel

PRO HAC VICE ATTORNEY INFORMATION:

Name: Matthew B. George

Firm: Kaplan Fox & Kilsheimer LLP

Address: 1999 Harrison Street

Suite 1501

Oakland, CA 94612

Email: mgeorge@kaplanfox.com

Phone: 415-772-4700

Admitted on behalf of: Plaintiff Joseph Sawyer