**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

|  |  |
|---|---|
| **IN RE: COGNIZANT/TRIZETTO DATA SECURITY INCIDENT** | CIVIL ACTION NO: 2:25-cv-18908 <br><br> **NOTICE OF VOLUNTARY DISMISSAL** |

**NOTICE OF VOLUNTARY DISMISSAL**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Jim Caldwell,

("Plaintiff"), by and through his counsel, notices the Court of the voluntary dismissal of all of his

claims against Defendant San Francisco Health Plan ("Defendant"), without prejudice. Plaintiff

dismisses his claims before Defendant has served either an answer or a motion for summary

judgment.


Dated:        April 20, 2026                Respectfully submitted,

                                           */s/ Kevin Laukaitis*
                                           Kevin Laukaitis
                                           **LAUKAITIS LAW LLC**
                                           954 Avenida Ponce De Leon
                                           Suite 205, #10518
                                           San Juan, PR 00907
                                           Tel: (215) 559-6072
                                           klaukaitis@laukaitislaw.com



                                           SO ORDERED

                                             *s/Madeline Cox Arleo*
                                           MADELINE COX ARLEO, U.S.D.J.

                                           Date:  5/1/2026