**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

IN RE COGNIZANT/TRIZETTO DATA
SECURITY INCIDENT

Case No.:   2:25-cv-18908

## NOTICE OF VOLUNTARY DISMISSAL

Plaintiff Lania Whiteside ("Plaintiff"), by and through undersigned counsel, hereby gives notice pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, that she voluntarily dismisses all of her claims without prejudice against Defendants Trizetto Provider Solutions LLC, Cognizant Technology Solutions Corporation and Local Initiative Health Authority for Los Angeles County ("Defendants"). Defendants have not served an answer or motion for summary judgment in this action. Accordingly, Plaintiff notices voluntary dismissal of this action, without prejudice.

Dated: April 20, 2026.

Respectfully Submitted,

*/s/ Kevin Laukaitis*
Kevin Laukaitis
**LAUKAITIS LAW LLC**
954 Avenida Ponce De Leon
Suite 205, #10518
San Juan, PR 00907
Tel: (215) 559-6072
klaukaitis@laukaitislaw.com

SO ORDERED

*s/Madeline Cox Arleo*
MADELINE COX ARLEO, U.S.D.J.

Date:  5/1/2026