**ITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW JERSEY
(NEWARK)**

| | | |
|---|---|---|
| In re COGNIZANT/TRIZETTO DATA SECURITY INCIDENT | § § § | Case No. 2:25cv18908-MCA-AME |

### NOTICE OF MOTION TO TRANSFER CONSOLIDATED ACTIONS TO THE EASTERN DISTRICT OF MISSOURI

**TO THE CLERK OF THE ABOVE-ENTITLED COURT, ALL PARTIES, AND THEIR**

**COUNSEL OF RECORD:**

PLEASE TAKE NOTICE that on June 1, 2026, at 9:00 A.M., or as soon thereafter as counsel may be heard, at the United States District Court for the District of New Jersey, Rev. Dr. Martin Luther King, Jr. Federal Courthouse, 50 Walnut Street, Newark, New Jersey 07101, Defendants TriZetto Provider Solutions, LLC ("**TPS**") and Cognizant Technology Solutions Corporation ("**Cognizant**") (together, "**Defendants**"), pursuant to 28 U.S.C. §1404(a), shall apply for an order transferring venue of this consolidated action to the U.S. District Court for the Eastern District of Missouri, Eastern Division, before the Honorable Maria Lanahan, United States District Judge.

Defendants shall rely upon this Notice of Motion, Certification of Filing and Service, Memorandum of Law, the Declaration of Heather Donohue, the Declaration of Jason K. Fagelman including Exhibits, and the proposed form of Order all filed herewith.

Respectfully submitted,

Dated:  May 6, 2026

NORTON ROSE FULBRIGHT US LLP


By: */s/ Sean Topping*

SEAN TOPPING

Sean Topping, Bar No. 235462017
1301 Avenue of the Americas
New York, New York  10019-6022
Telephone:     (212) 318-3000
Facsimile:      (212) 318-3400
sean.topping@nortonrosefulbright.com

Jason K. Fagelman (*admitted pro hac vice*)
Joseph E. Simmons (*admitted pro hac vice*)
2200 Ross Avenue, Suite 3600
Dallas, Texas 75201
Telephone: (214) 855-8000
Facsimile: (214) 855-8200
jason.fagelman@nortonrosefulbright.com
joseph.simmons@nortonrosefulbright.com

*Attorneys for Defendants TriZetto Provider
Solutions LLC and Cognizant Technology
Solutions Corporation*

- 2 -