**UNITED STATES DISTRICT COURT FOR THE**
**DISTRICT OF NEW JERSEY**
**(NEWARK)**

| | | |
|---|---|---|
| In re COGNIZANT/TRIZETTO DATA SECURITY INCIDENT | § § § | Case No. 2:25cv18908-MCA-AME |

**DECLARATION OF HEATHER DONOHUE IN**
**SUPPORT OF MOTION TO TRANSFER**
**CONSOLIDATED ACTIONS TO THE EASTERN**
**DISTRICT OF MISSOURI**

1.      My name is Heather Donohue. I make this declaration based on personal knowledge, and if called and sworn as a witness, I could and would testify competently hereto:

2.      I am the Chief Operating Officer of TriZetto Provider Solutions, LLC ("**TPS**"). In this role, I am generally familiar with the software services TPS provides, its relationships with healthcare organizations, its corporate structure, and its relationships with parent entities.

**I.      TPS's Relationships with Patients and Healthcare Organizations**

3.      TPS is a healthcare technology company that provides revenue cycle management and related software services to healthcare organizations such as providers and payers.  The categories of data elements stored on TPS's systems vary depending on how the respective healthcare organization was utilizing TPS services.

4.      Because TPS is not itself a healthcare organization, it maintains no direct relationships with patients.  Rather, TPS has direct contractual relationships with some healthcare organizations, while others obtain access to its services through intermediaries.

**II.      TPS's Relationships with Parent Entities**

5.      TPS is incorporated in Delaware and maintains its principal place of business in

Earth City, Missouri.  TPS's parent company is Cognizant TriZetto Software Group, Inc., whose parent company is Cognizant Domestic Holdings Corporation, whose parent company is Cognizant Technology Solutions Corporation ("**Cognizant**").  Cognizant is a publicly-traded Delaware corporation with principal place of business in New Jersey.

6.      While Cognizant is TPS's ultimate, apex parent corporation, TPS is a separately incorporated entity with its own operating agreement, its own officers, its own books and records, its own financial accounts, and its own contractual relationships.  Cognizant serves as a holding company and does not have any day-to-day operations relevant to the software services TPS provides.  For example, to the best of my knowledge and belief, Cognizant does not have any contracts with any of the healthcare organizations that use TPS's services.

7.      TPS itself has no significant connections to New Jersey.  With the exception of an individual in the tax group, TPS's officers are not located in New Jersey.  TPS's IT infrastructure is not located in New Jersey, and neither are the persons knowledgeable about TPS's IT systems or corporate security.  Almost half of TPS's employees are located in Missouri, with the remainder dispersed across various states all around the country.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on May 6, 2026 at _9:02 AM_____.


_Heather Donohue_____
Heather Donohue (May 6, 2026 09:02:44 CDT)
HEATHER DONOHUE