ITED STATES DISTRICT COURT FOR THE
**DISTRICT OF NEW JERSEY**
**(NEWARK)**

| | | |
|---|---|---|
| In re COGNIZANT/TRIZETTO DATA SECURITY INCIDENT | § <br> § <br> § | Case No. 2:25cv18908-MCA-AME |

**[PROPOSED] ORDER ON DEFENDANTS' MOTION**
**TO TRANSFER CONSOLIDATED ACTIONS TO**
**THE EASTERN DISTRICT OF MISSOURI**

Upon the motion to transfer venue of Defendants TriZetto Provider Solutions, LLC and Cognizant Technology Solutions Corporation, dated May 6, 2026, and the Court having considered the papers submitted, Defendants' motion to transfer venue is hereby **GRANTED**:

**IT IS ORDERED** that the above-captioned consolidated action is transferred to the United States District Court for the Eastern District of Missouri, Eastern Division.

ENTERED on this _____ day of _____, 2026.

_____
Hon. Andre M. Espinosa
United States Magistrate Judge