AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

District of New Jersey

In re COGNIZANT/TRIZETTO DATA SECURITY INCIDENT )
|  |  |
| --- | --- |
| *Plaintiff* | ) |
| v. | ) Case No.   25-cv-18908-MCA-AME |
|  | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff Joseph Sawyer                                                                     .

Date:     05/12/2026

/s/ Ariana J. Tadler
*Attorney's signature*

Ariana J. Tadler (029331992)
*Printed name and bar number*

Kaplan Fox & Kilsheimer LLP
800 Third Ave, 38th Floor
New York, NY 10022

*Address*

atadler@kaplanfox.com
*E-mail address*

(212) 687-1980
*Telephone number*

*FAX number*