

May 12, 2026

**VIA ECF**

Honorable André M. Espinosa, U.S.M.J.
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, NJ 07102

>   Re:   *In re: Cognizant/TriZetto Data Security Incident*,
>         No. 2:25-cv-18908-MCA-AME

Dear Judge Espinosa:

We are co-counsel for Plaintiffs in the above matter and write in connection with the Motion to Transfer [Dkt. No. 54] filed by Defendants Cognizant Technology Solutions Corporation ("Cognizant") and TriZetto Provider Solutions, LLC ("TPS") (collectively, "Defendants"). The return date for Defendants' motion is June 1, 2026, thereby making Plaintiffs' opposition to the motion due on or before May 18, 2026.

Pursuant to L. Civ. R. 7.1(d)(5), Plaintiffs respectfully request an automatic extension of the return date of the motion to dismiss to the next regular motion day, June 15, 2026, which would make Plaintiffs' opposition papers due on or before June 1, 2026—14 days prior to the new return date.

Thank you for your attention to this matter. If you have any questions, we are available at your convenience.

Respectfully submitted,

**CAFFERTY CLOBES MERIWETHER & SPRENGEL LLP**

*/s/ Bryan L. Clobes*
Bryan L. Clobes
Nickolas J. Hagman (*pro hac vice*)
135 S. LaSalle, Suite 3210
Chicago, IL 60603
*bclobes@caffertyclobes.com*
*nhagman@caffertyclobes.com*

SO ORDERED

*s/Madeline Cox Arleo*
MADELINE COX ARLEO, U.S.D.J.

Date: 5/13/26