

May 6, 2026

The deadlines proposed by Plaintiffs, as set forth below, are **SO ORDERED**.

 */s/ André M. Espinosa*
ANDRÉ M. ESPINOSA, U.S.M.J.
Dated: May 18, 2026

**VIA ECF**

Honorable André M. Espinosa, U.S.M.J.
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, NJ 07102

> Re:    *In re: Cognizant/TriZetto Data Security Incident*, No. 2:25-cv-18908-MCA-AME
>        Proposed Initial Case Deadlines

Dear Judge Espinosa:

Pursuant to the Court's April 30, 2026 Order (the "Order") (Dkt. 46), Plaintiffs[1] and Defendants[2] submit the following letter regarding proposed deadlines for 1) filing applications for the appointment of interim lead counsel under Rule 23(g); 2) filing a consolidated complaint, 3) defendants' response to the consolidated complaint, and 4) a briefing schedule concerning any motion to dismiss the consolidated complaint. *See id.*; Order Consolidating Actions, Dkt. 8.

On May 5, 2026, the undersigned and counsel for Defendants Cognizant and TPS conferred regarding the contents of this letter and their respective proposals.

### PROPOSED INITIAL DEADLINES

Plaintiffs propose the following schedule:

- Applications for the appointment of interim lead counsel: May 20, 2026;

- Filing of the consolidated complaint: 45 days following the Court's order on the appointment of interim lead counsel;

---

[1] Plaintiffs are Gayle Burge, Ana Lamaire, Natanya Pope, and Norberto Claudio, Melissa Trimble, Joanne Torkomian, Fatima Chaaban, Kathy Noble-Mayer, Marquintha Johnson, Lori DeLaRiva, Billy Simpson, Suzanna Elich, Ray Madoff, Felicia Billingslea, Michael Conrad, Charein Faraj, Michelle Ley, Stacey Marchand, Annabelle Patterson, Lisa Scorpio, Theresa Ilene, Harris Vaughn Marion Barnett, Jim Caldwell, John Wolf, Lana Whiteside, Shannon Lee, Joseph Sawyer, and Andrew Halcarz.
[2] Defendants Cognizant Technology Solutions Corporation ("Cognizant") and TriZetto Provider Solutions, LLC ("TPS").

135 S. LaSalle St. • Suite 3210 • Chicago, IL 60603

p 312.782.4880 • f 312.782.4485
www.caffertyclobes.com

Cafferty Clobes Meriwether&Sprengel LLP

- Filing of Defendants' motion to dismiss the consolidated complaint: 30 days following the filing of the consolidated complaint;

- Plaintiffs' response in opposition to Defendants' motion to dismiss: 30 days following the deadline for Defendants' motion to dismiss;

- Defendants' reply in support of the motion to dismiss: 14 days following the deadline for Plaintiffs' response in opposition to the motion to dismiss;

- Hearing on the Motion to Dismiss: at least 14 days after the deadline for Defendants' reply in support of the motion to dismiss.

Defendants propose the following schedule:

- Applications for the appointment of interim lead counsel: June 15, 2026;

- Filing of the consolidated complaint: 45 days after the later of Defendants' 1404(a) motion to transfer venue and Plaintiffs' 23(g) applications being decided;

- Filing of Defendants' motion to dismiss the consolidated complaint: 45 days after consolidated complaint filed;

- Plaintiffs' response in opposition to Defendants' motion to dismiss: 30 days after motion to dismiss filed;

- Defendants' reply in support of the motion to dismiss: 14 days after response filed.

- Hearing on the Motion to Dismiss, if any: at least 14 days after the deadline for Defendants' reply in support of the motion to dismiss.

Respectfully submitted,

**CAFFERTY CLOBES MERIWETHER & SPRENGEL LLP**

/s/ Bryan L. Clobes
Bryan L. Clobes
Nickolas J. Hagman (*pro hac vice*)
135 S. LaSalle, Suite 3210
Chicago, IL 60603
bclobes@caffertyclobes.com
nhagman@caffertyclobes.com

2

Christopher A. Seeger
Shauna B. Itri
**SEEGER WEISS LLP**
55 Challenger Road 6th Fl.
Ridgefield Park, NJ 07660
Tel.: (973) 639-9100
cseeger@seegerweiss.com
sitri@seegerweiss.com

Thomas E. Loeser (*pro hac vice*)
**COTCHETT PITRE &MCCARTHY LLP**
1809 7th Avenue, Suite 1610
Seattle, WA 98101
Tel: (206) 802-1272
tloeser@cpmlegal.com

*Attorneys for Plaintiffs Liam Lytle, Maricruz Jimenez and Carson Noel*

Leigh S. Montgomery*
Texas Bar No. 24052214
lmontgomery@eksm.com
**ELLZEY KHERKHER SANFORD MONTGOMERY, LLP**
4200 Montrose Blvd., Suite 200
Houston, Texas 77006
Tel: (888) 350-3931

*Attorneys for Plaintiffs Melissa Trimble, Joanne Torkomian, Fatima Chaaban, Kathy Noble-Mayer, Marquintha Johnson, Lori DeLaRiva, Billy Simpson, Suzanna Elich*

Mark K. Svensson
**MILBERG, PLLC**
405 East 50th Street
New York, NY 10022
Tel: (202) 975-0468
msvensson@milberg.com

*Attorneys for Plaintiffs Lisa Scorpio*

Kevin Laukaitis
**LAUKAITIS LAW LLC**
954 Avenida Ponce De Leon
Suite 205, #10518
San Juan, PR 00907
Tel: (215) 789-4462
klaukaitis@laukaitislaw.com

*Attorney for Plaintiffs John Wolf, Jim Caldwell, and Lania Whiteside*

**SCIOLLA LAW FIRM LLC**
Andrew J. Sciolla*
Land Title Building
100 S. Broad Street, Suite 1910
Philadelphia, PA 19110
Tel: (267) 328-5245
andrew@sciollalawfirm.com

*Attorney for Plaintiff John Wolf*

Paul J. Doolittle *
**POULIN | WILLEY | ANASTOPOULO, LLC**
32 Ann Street, Charleston, SC 29403
Tel: (803) 222-2222
pauldoolittle@poulinwilley.com

*Attorney for Plaintiff Lania Whiteside*

Liberato P. Verderame
(NJ Bar ID 032251997)
Marc H. Edelson*
**EDELSON LECHTZIN LLP**
411 S. State Street, Suite N300
Newtown, PA 18940
Tel: (215) 867-2399
medelson@edelson-law.com
lverderame@edelson-law.com

*Attorneys for Plaintiff Shannon Lee*

4

Cafferty Clobes Meriwether&Sprengel LLP

Javier Merino (NJ ID 078112014)
**DannLaw**
825 Georges Road, 2nd Floor
North Brunswick, NJ 08902
Marc E. Dann *
Brian D. Flick *
**DannLaw**
15000 Madison Avenue
Lakewood, OH 44107
Tel: (216) 373-0539
notices@dannlaw.com

Thomas A. Zimmerman, Jr. *
**ZIMMERMAN LAW OFFICES, P.C.**
77 W. Washington Street, Suite 1220
Chicago, Illinois 60602
Tel: (312) 440-0020
tom@attorneyzim.com

*Attorneys for Annabelle Patterson*

**WOLF POPPER LLP**
Adam T. Savett
Matthew Insley-Pruitt *
Justyn Millamena *
570 Lexington Ave., 19th Floor
New York, NY 10022
Tel: (212) 759-4600
asavett@wolfpopper.com
minsley-pruitt@wolfpopper.com
jmillamena@wolfpopper.com

*Attorneys for Plaintiffs Madoff, Billingslea, Conrad, Faraj, Ley, and Marchand*

**KAPLAN FOX & KILSHEIMER LLP**
Joel B. Strauss
Ariana J. Tadler
800 Third Avenue, 38th Floor
New York, NY 10022
Tel:  212-687-1980
jstrauss@kaplanfox.com
atadler@kaplanfox.com

5

**KAPLAN FOX & KILSHEIMER LLP**
William J. Pinilis
160 Morris Street
Morristown, NJ 07960
Tel: 973-656-0222
wpinilis@kaplanfox.com

**KAPLAN FOX & KILSHEIMER LLP**
Laurence D. King (*pro hac vice*)
Matthew B. George (*pro hac vice*)
Blair E. Reed (*pro hac vice*)
Sophia V. Pintar (*pro hac vice*)
1999 Harrison Street, Suite 1501
Oakland, CA 94612
Tel:  415-772-4700
lking@kaplanfox.com
mgeorge@kaplanfox.com
breed@kaplanfox.com
spintar@kaplanfox.com

*Attorneys for Plaintiff Joseph Sawyer*

James E. Cecchi
Jason H. Alperstein
**CARELLA BYRNE CECCHI
BRODY & AGNELLO, P.C.**
5 Becker Farm Road
Roseland, NJ 07068
Tel: (973) 994-1700
jcecchi@carellabyrne.com
jalperstein@carellabyrne.com

James J. Pizzirusso (*pro hac vice*)
Kira Hessekiel*
Nicholas Murphy*
Amanda Boltax*
**HAUSFELD LLP**
1200 17th Street, N.W., Suite 600
Washington, DC 20036
Tel.: (202) 540-7200
jpizzirusso@hausfeld.com
khessekiel@hausfeld.com
nmurphy@hausfeld.com
mboltax@hausfeld.com

6

Cafferty Clobes Meriwether&SprengelLLP

Steven M. Nathan (*pro hac vice*)
Ashley M. Crooks
**HAUSFELD LLP**
33 Whitehall Street, 14th Floor
New York, New York 10004
Tel.: (646) 357-1100
snathan@hausfeld.com
acrooks@hausfeld.com

*Attorneys for Theresa Ilene Harris Vaughn, and Marion Barnett*

Norman E. Siegel #44378 (MO) (*pro hac vice*)
**STUEVE SIEGEL HANSON LLP**
460 Nichols Road, Suite 200
Kansas City, Missouri 64112
Tel: (816) 714-7100
siegel@stuevesiegel.com

*Attorneys for Plaintiff Buser*

Andrew J. Heo (NJ Bar # 326289)
Jeffrey W. Golan*
**BARRACK, RODOS & BACINE**
3300 Two Commerce Square
2001 Market Street
Philadelphia, PA 19103
Tel: 215-963-0600
aheo@barrack.com
jgolan@barrack.com

*Attorneys for Plaintiff Andrew Halcarz*

* *pro hac vice* forthcoming

7