AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

District of New Jersey

| | | |
|---|---|---|
| In re: Cognizant/TriZetto Data Security Incident | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.   2:25-cv-18908-MCA-AME |
| | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Marion Barnett and Thereasa Ilene Harris Vaughn                                                                 .

Date:      05/20/2026

/s/ Ashley M. Crooks
*Attorney's signature*

Ashley M. Crooks, NJ Bar No. 417462022
*Printed name and bar number*

HAUSFELD LLP
33 Whitehall Street, 14th Floor
New York, NY 10004

*Address*

acrooks@hausfeld.com
*E-mail address*

(646) 357-1100
*Telephone number*

(212) 202-4322
*FAX number*