**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| *In re: Cognizant/TriZetto Data Security Incident*<br><br><br>This Document Relates To: ALL ACTIONS | **Case No. 2:25-cv-18908-MCA-AME** |

## MOTION FOR ADMISSION OF NATALIA PEREZ
## TO APPEAR *PRO HAC VICE*

**PLEASE TAKE NOTICE** that Plaintiffs in the above caption matter, based on the Declarations of Kevin Laukaitis and Natalia Perez, move for the *pro hac vice* admission of Natalia Perez before the Honorable Madeline Cox Arleo at the United States District Court, District of New Jersey, on a date to be determined by the Court, for an Order granting the admission *pro hac vice* of Natalia Perez.

Dated: May 20, 2026

Respectfully submitted,

By:   */s/ Kevin Laukaitis*
**LAUKAITIS LAW LLC**
Kevin Laukaitis (NJ bar 155722022)
954 Avenida Ponce De Leon
Suite 205, #10518
San Juan, PR 00907
T: 215-559-6072
klaukaitis@laukaitislaw.com