**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| *In re: Cognizant/TriZetto Data Security Incident* | Case No. Case No. 2:25-cv-18908-MCA-AME |
| This Document Relates To: ALL ACTIONS | **DECLARATION OF ATTORNEY KEVIN LAUKAITIS IN SUPPORT OF APPEARANCE, PRO HAC VICE, OF ATTORNEY NATALIA PEREZ** |

I, KEVIN LAUKAITIS, an attorney duly licensed to practice law in the State of New Jersey, affirm under penalties of perjury and state:

1.      I am the owner of Laukaitis Law LLC and the attorney of record for Plaintiff in the above-captioned proceeding. I make this affirmation in support of the Plaintiff's application to admit Natalia Perez of the firm, Laukaitis Law LLC, located at 954 Avenida Ponce De Leon Suite 205, #10518 San Juan, PR 00907, as counsel *pro hac vice* in this matter, pursuant to Local Civil Rule 101.1(c). I am personally familiar with the facts set forth in this Declaration.

2.      I am a member of good standing of the Bar of the State of New Jersey.

3.      If the Court grants the above-referenced application for pro hac vice admission, either I or another attorney associated with Laukaitis Law LLC will continue to serve as counsel of record in this matter, will review and sign all pleadings, briefs, and other papers filed with the Court, and will accept service of same.

4.      Moreover, either I or another attorney associated with Laukaitis Law LLC will be responsible for the conduct of this action, will supervise the conduct of the attorneys admitted pro hac vice, will appear at all scheduling conferences, motions, pretrial conferences, trials, or

1

any other proceedings, and will otherwise comply with all the terms and conditions set forth in Local Civil Rule 101.1(c).

4.      As evidenced by the Certificate of Good Standing attached to her accompanying affidavit, Ms. Perez is an active member in good standing of the Bar of Washington D.C.

5.      Counsel for all appearing parties have consented to this application.


**WHEREFORE**, your affiant, on behalf of Plaintiff, respectfully requests that this application to admit Natalia Perez, *pro hac vice,* to represent the plaintiff in the above-captioned matter, together with my firm, be granted, and that the accompanying proposed order be signed and filed by the Court.

Affirmed this 20th day of May 2026.      By:    */s/ Kevin Laukaitis*_____
**LAUKAITIS LAW LLC**
Kevin Laukaitis (NJ bar 155722022)
954 Avenida Ponce De Leon
Suite 205, #10518
San Juan, PR 00907
T: 215-559-6072
klaukaitis@laukaitislaw.com

2