**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| *In re: Cognizant/TriZetto Data Security Incident* | **Case No. 2:25-cv-18908-MCA-AME** |
| | **DECLARATION OF ATTORNEY NATALIA PEREZ** |
| This Document Relates To: ALL ACTIONS. | |

I, NATALIA PEREZ, an attorney duly licensed to practice law in Wahington D.C., affirm under penalties of perjury and state:

1.      I am an attorney duly licensed to practice law in Wahington D.C. and am in good standing. Attached hereto as Exhibit 1 is a certificate of good standing.

2.      I was admitted to practice in Wahington D.C. and was admitted December 5, 2024.

3.      No disciplinary proceedings are pending against me in any jurisdiction and no discipline has previously been imposed upon me in any jurisdiction.

4.      I am familiar with, and agree to be bound by, the standards of professional conduct imposed upon members of the New Jersey bar, including the rules of the court governing the conduct of attorneys and Disciplinary Rules of the Code of Professional Responsibility.

5.      I acknowledge and agree to be subject to the jurisdiction of the courts of the State of New Jersey with respect to any acts occurring during the course of my participation in this matter.

1

Affirmed this 20th day of May, 2026                    By:    */s/ Natalia Perez*_____

Natalia Perez
**LAUKAITIS LAW, LLC.**
954 Avenida Ponce De Leon
Suite 205, #10518
San Juan, PR 00907
T: (215) 559-6072
nperez@laukaitislaw.com

**EXHIBIT 1**



On behalf of JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals,
the District of Columbia Bar does hereby certify that

# *Natalia Nicole Perez Del Moral*

*was duly qualified and admitted on November 8, 2023 as an attorney and counselor entitled to practice before this Court; and is, on the date indicated below, an Active member in good standing of this Bar.*

**In Testimony Whereof,
I have hereunto subscribed my
name and affixed the seal of this
Court at the City of
Washington, D.C., on May 20, 2026.**

*JULIO A. CASTILLO*
**Clerk of the Court**

*Issued By:*

David Chu - Director, Membership
District of Columbia Bar Membership

*For questions or concerns, please contact the D.C. Bar Membership Office at 202-626-3475 or email memberservices@dcbar.org.*