# EXHIBIT B

*"The attorneys ... displayed truly exceptional levels of skill and tenacity."*

*- Judge of the U.S. District Court*

# COTCHETT PITRE & McCARTHY LLP

## ATTORNEYS AT LAW

## ADVOCATES FOR JUSTICE

### SAN FRANCISCO BAY AREA | LOS ANGELES AREA NEW YORK | SEATTLE

WWW.CPMLEGAL.COM

Cotchett, Pitre & McCarthy, LLP ("CPM") based on the San Francisco Peninsula for over 50 years, engages exclusively in litigation and trials. The firm's dedication to prosecuting or defending socially just actions has earned it a national reputation. With offices in the San Francisco Bay Area, Los Angeles, Seattle, and New York, the core of the firm is its people and their dedication to principles of law, their work ethic, and their commitment to justice. We are trial lawyers dedicated to achieving justice.

**"The Cotchett firm has few peers that equal their ability in litigation. Their commitment to the cause of justice and their ethical standards stand apart. They are people who give back to the community and give lawyers a good name."**

*—Judge of the Superior Court (Retired)*

**CPM'S EXPERIENCE IN PRIVACY AND TECHNOLOGY-RELATED CASES**

*In re Cerner/Oracle Data breach Litig.*, No. 25-00259-CV-W-BP
**United States District Court, Western District of Missouri**
CPM is co-lead in this large data breach affecting a health care system technology provider whose network was hacked resulting in a loss of medical data for patients at over 60 distinct hospital systems.

*Landsheft v. Apple Inc.*
**United States District Court, Northern District of California**
CPM is Co-Lead Counsel representing a nationwide class of Apple customers who allege Apple mislead them about the artificial intelligence capabilities of the iPhone 16. Co-Lead Counsel recently filed for Preliminary Approval of a settlement with Apple valued at $250 million.

*Barber v. Hot Topic*, No. 24-cv-09215-MEMF-AS
**United States District Court, Central District of California**
CPM is co-lead in this nationwide case stemming from a massive data breach at this chain clothing retailer that involves PII of over 50 million consumers.

*G.E. v. Stiiizy, Inc.*, No. 25-cv-00490-GW-SSC
**United States District Court, Central District of California**
CPM is co-lead in this nationwide case stemming from a data breach at this chain cannabis retailer that involves PII and PHI of millions of consumers.

*In re Laboratory Services Cooperative Data Breach Litig.*, No. 25-cv-00685-BJR
**United States District Court, Western District of Washington**
CPM is co-lead in this nationwide case stemming from a data breach at this laboratory services provider that involves the PHI and PII of millions of consumers.

*In re Health Equity, Inc. Data Security Incident Litig.*, No. 24-cv-00528-JNP-DBP
**United States District Court, District of Utah**
CPM is a member of the Executive Committee in this nationwide case stemming from a massive data breach at this Health Savings Account service provider that involves PII and PHI of millions of consumers.

*In re PayPal Honey Browser Extension Litig.*, No. 24-cv-09470-BLF
**United States District Court, Northern District of California**
CPM is co-lead in this highly technical and complex case involving the Honey browser extension's secret replacement of referral link codes, resulting in the wrongful redirection of referral commissions from online marketers and influencers.

*In re AT&T Customer Data Security Breach Litigation*, No. 24-cv-00757-E
**United States District Court, Northern District of Texas**
CPM is a member of the Plaintiffs' Steering Committee (PSC) in this multidistrict litigation stemming from a massive data breach affecting over 75 million current and former customers.

3

*In re T-Mobile 2022 Customer Data Security Breach Litigation*, No. 23-md-03073-BCW
**United States District Court, Western District of Missouri**
CPM is a member of the Plaintiffs' Steering Committee (PSC) in this multidistrict litigation stemming from a massive data breach in November 2022 that occurred on the heels of a prior massive data breach at T-Mobile in 2021.

*Bianucci v. Rite Aid Corp.*, No. 24-cv-03356-HB
**United States District Court, Eastern District of Pennsylvania**
CPM is co-lead in this nationwide case stemming from a massive data breach at this drug store chain that involves PII of millions of consumers. Lead counsel successfully completed a $6.8 million settlement while the company was proceeding through a second bankruptcy during the proceedings in the case.

*In re RetailMeNot Browser Extension Litig.,* No. 25-cv-00783-JLR
**United States District Court, Southern District of New York**
CPM is co-lead in this highly technical and complex case involving the RetailMeNot browser extension's secret replacement of referral link codes, resulting in the wrongful redirection of referral commissions from online marketers and influencers.

*In re Google Play Consumer Antitrust Litigation*, No. 21-md-02981-JD
**United States District Court, Northern District of California**
CPM serves on the Steering Committee and represents consumers of Android apps and in-app purchases against Google for allegedly and unlawfully maintaining a monopoly in the Android application distribution market and in-app aftermarket. In September 2023 Consumer Plaintiffs and Google reached an agreement in principle to settle the case after months of mediation. The agreement in principle specifies that ***Google will pay approximately $700 million to reimburse consumers for their allegedly inflated app purchases***.

*Sims v. The Allstate Corp.*, No. 25-cv-00407
**United States District Court, Northern District of Illinois**
CPM is on the Executive Committee in this nationwide case stemming from an Allstate subsidiary's use of tracking code in its software development kit (SDK) to secretly infer consumers' driving habits from the GPS sensors in their mobile phones.

*In re Consumer Vehicle Driving Data Tracking Litigation*, No. 24-md-03115-TWT
**United States District Court, Northern District of Georgia**
CPM is a member of the Plaintiffs' Steering Committee in this multidistrict litigation involving GM and its subsidiary OnStar secretly tracking GM drivers' driving habits, including location, time, quick starts and stops, and other metrics, and then selling this data to Credit Reporting Agencies where it was ultimately used to increase insurance rates and deny coverage.

*In re Apple Inc. Device Performance Litigation*, No. 18-md-2827-EJD
**United States District Court, Northern District of California**
CPM was Co-Lead Counsel representing a nationwide class of Apple customers who alleged Apple issued software updates that slowed the performance of certain iPhones. A **settlement valued at up to $500 million was approved in the case**.

***In re Robinhood Outage Litigation***, No. 20-cv-01626-JD
**United States District Court, Northern District of California**
CPM was Co-Lead Counsel representing a nationwide class of consumers who were impacted by major outages of Robinhood's stock trading platform. **The case settled for $9.9 million**.

***In re Zoom Video Communications, Inc. Privacy Litigation***, No. 20-cv-02155-LB
**United States District Court, Northern District of California**
CPM served as Co-Lead Counsel representing individuals in an action against Zoom alleging negligence, breach of implied contract, and violations of the California Consumer Privacy Act, the Consumer Legal Remedies Act, and the Unfair Competition Law based on Zoom's alleged unfair, unlawful, and deceptive business practices related to its data security. **The case settled for $85 million**.

***In re: Lenovo Adware Litigation***, No. 15-md-02624-HSG
**United States District Court, Northern District of California**
CPM served as Co-Lead Counsel in the Lenovo Adware Litigation related to surreptitiously installed malware on Lenovo computers. The complaint alleged that the adware violates privacy laws by intercepting users' behavioral data, including browsing history and electronic communications. **The case settled for $8.3 million**.

***In re Capacitors Antitrust Litigation***, No. 17-md-02801-JD
**United States District Court, Northern District of California**
CPM serves as lead counsel for indirect purchasers of electrolytic and film capacitors against capacitor suppliers for allegedly engaging in two massive and separate conspiracies to unlawfully inflate, fix, raise, maintain, and/or artificially stabilize the prices of electrolytic and film capacitors, respectively. ***CPM recovered $80.4 million for the classes.***

***In re Lithium Batteries Antitrust Litigation***, No. 13-md-02420-YGR
**United States District Court, Northern District of California**
CPM served as co-lead counsel for indirect purchasers of lithium-ion batteries against lithium-ion battery suppliers for allegedly engaging in a conspiracy to fix the prices of these products. ***CPM and its co-lead counsel recovered $113 million for the classes.***

***In re Resistors Antitrust Litigation***, No. 15-cv-03820-JD
**United States District Court, Northern District of California**
CPM served as lead counsel for indirect purchasers of linear resistors against resistor suppliers for allegedly engaging in a conspiracy to unlawfully inflate, fix, raise, maintain, and/or artificially stabilize the prices of linear resistors. ***CPM recovered $33.4 million for the classes.***

**THOMAS E. LOESER**



**Education**
- Duke University School of Law, J.D., *magna cum laude*, *Order of the Coif*, Articles Editor Law and Contemporary Problems, 1999
- University of Washington, M.B.A., *cum laude*, *Betta Gamma Sigma* National Business School Honor Society, 1994
- Middlebury College, B.A., Physics with Minor in Italian, 1988

**Admissions**
- California
- District of Columbia
- Washington

Tom Loeser is a 26-year technology lawyer with hard-science and high-technology bona fides. His technology career includes coding for the Treasury at Microsoft and product and financial analysis at the Hewlett-Packard Company. His legal career began in Silicon Valley as a technology lawyer at Wilson Sonsini. In 2002, Mr. Loeser was appointed an Assistant United States Attorney in Los Angeles where he spent his first two years prosecuting all manner of federal crimes. Owing to his expertise in technology and computing, he then joined the elite Cyber and Intellectual Property Crimes Section. This role required months of training in the investigation and prosecution of hacking, computer intrusion, illicit digital communications, malware, and data breach cases. The training was cutting edge, requiring Top Secret clearances, and it was ongoing throughout Mr. Loeser's government service. Mr. Loeser resolved hundreds of criminal cases – including federal conspiracy, hacking, intellectual property and data theft cases – and brought over a dozen federal cases to trial and through appeal.

Mr. Loeser's practice has included the prosecution and resolution of dozens of complex actions against the titans of industry, including national banks, insurers, builders, title companies, carmakers, mortgage lenders, trucking companies, and nationwide retailers. Mr. Loeser specializes in the prosecution of cases that are not just complex because of the legal and procedural issues involved, but also because of the technological sophistication of the products, services or bad acts underlying the legal claims.

Mr. Loeser has worked extensively on many of the largest consumer class cases in U.S. history. These include legion auto defect cases such as the $10 billion *Volkswagen "Clean Diesel"* MDL and the related $1.3 billion *Volkswagen Franchise Dealer* Litigation. Mr. Loeser has worked on dozens of data breach and privacy cases including the monopolization case against Meta for its abusive collection of consumer data, where he deposed many past and present members of Meta's C-Suite. Mr. Loeser has had leadership roles in many technology-related cases, including the

massive 2022 T-Mobile data breach case, the recent AT&T data breach affecting 75 million past and present customers and multidistrict litigation against GM for secretly tracking driving behavior and selling the data to credit reporting agencies and insurers. Mr. Loeser's role in these cases touched on all aspects of litigation, including leadership, strategy, discovery, depositions, legal briefing and settlement.

Mr. Loeser's work has garnered praise from the plaintiffs' class action bar, who regularly ask him to speak at class action conferences, and from judges, including Judge Beth Labson Freeman in San Jose who at final approval of a consumer case against Tesla remarked on the record:

> "It's not simple, you make it look easy, and that's the art of what you do, Mr. Loeser, and the Court certainly appreciates the good work in this case, and in recognition of the many cases that your firm has handled over the years."

*Dean Sheikh et al. v. Tesla, Inc. Final Approval of Settlement Hearing, the Honorable Beth Labson Freman, United States District Judge for the Northern District of California San Jose Division.*

**Recent Notable Leadership Appointments**

| CASE NAME AND COURT | POSITION |
|---|---|
| *In re Cerner/Oracle Data breach Litig.*<br>United States Court, Western District of Missouri | Co-Lead Counsel |
| *G.E. v. Stiiizy, Inc.*<br>United States District Court, Central District of California | Co-Lead Counsel |
| *Parra et al. v. Hot Topic et al.*<br>United States District Court, Central District of California | Co-Lead Counsel |
| *Bianucci v. Rite Aid Corp.*<br>United States District Court, Eastern District of Pennsylvania | Co-Lead Counsel |
| *In re Laboratory Services Cooperative Data Breach Litig.*<br>United States District Court, Western District of Washington | Co-Lead Counsel |
| *In re RetailMeNot Browser Extension Litig.*<br>United States District Court, Southern District of New York | Co-Lead Counsel |
| *In re AT&T Customer Data Security Breach Litigation*<br>United States District Court, Northern District of Texas | Plaintiffs' Steering Committee |
| *In re Health Equity, Inc. Data Security Incident Litigation*<br>United States District Court, District of Utah | Plaintiffs' Executive Committee |
| *In re Consumer Vehicle Driving Data Tracking Litigation*<br>United States District Court, Northern District of Georgia | Plaintiffs' Steering Committee |
| *Owens v MGM Resorts International*<br>United States District Court, District of Nevada | Plaintiffs' Executive Committee |
| *Faulkner v. MoneyGram Payment Systems, Inc.*<br>United States District Court, Northern District of Texas | Plaintiffs' Executive Committee |
| *Thompson v. John Muir Health System*<br>Contra Costa Superior Court (California) | Co-Lead Class Counsel |

## KARIN B. SWOPE



**Education**
- Columbia Law School, J.D., Harlan Fiske Stone Scholar
- Amherst College, B.A., *magna cum laude*, Phi Beta Kappa

**Admissions**
- Washington

**Karin Swope** is the Co-Managing Partner of the Seattle office of Cotchett, Pitre & McCarthy, LLP where she represents clients in nationwide antitrust and consumer protection litigation, securities litigation, privacy litigation and intellectual property counseling.  Karin has represented clients for over 30 years in proceedings in state and federal courts across the country. She helps consumers fight against unfair and deceptive practices and has helped to change consumer protection law in the process.

Karin has extensive experience litigating highly complex antitrust, consumer fraud and other class actions, with a particular focus on technology issues given her intellectual property background. Karin litigates against the largest technology companies in the country, including serving as co-lead counsel or on the executive committees in the *In re Apple Device Performance Litigation* No. 18-MD-2827 (N.D. Cal.), *Google RTB Consumer Privacy Litigation* No. 21-CV-02155 (N.D. Cal.); *In re Zoom Video Communications, Inc. Privacy Litigation* No. 20-cv-02155 (N.D. Cal) and *In re Bank of America Unemployment Benefits Litigation* No. 21-md-2992 (S.D. Cal.).  CPM secured a class settlement amount of $310 million, with a maximum class settlement amount of $500 million in *In re Apple Device Performance Litigation*, which was a historic settlement amount.

Karin has served as co-lead or as an attorney on the executive committee in antitrust actions including *Google Play Consumer Antitrust Litigation*, No. 20-cv-05761, (N.D. Cal.); *In re Shale Oil Antitrust Litigation*, No. 24-MD-3119 (D. N.M.); and *Yardi Rental Antitrust Litigation*, No. 24-CV-063117 (CA Sup. Ct. Alameda Cnty).  CPM, along with the states, secured a class action settlement amount of $700 million for consumers and states in the *Google Play Consumer Antitrust Litigation*, which brought claims that Google inflated app store prices.

Karin represents companies and sovereign nations in protecting their intellectual property rights. She has protected the retirement funds of employees whose employers had breached their fiduciary duties in violation of ERISA, in cases against Washington Mutual, State Street Bank and Regions Financial Corporation. Karin has represented shareholders in complex securities litigation, including disputes involving breach of fiduciary duty. Representative cases include *In re Slack Securities Litigation* and *John Trotter (Ret.), Trustee of the PG&E Fire Victim Trust v. Williams et al.*

8

Karin has served as an Adjunct Professor at Seattle University School of law for over 15 years, where she has taught the Intellectual Property Art Law Clinic. She has previously served as President of Executive Committee of the Intellectual Property Section of the Washington State Bar Association and is currently a member of the Western Washington Federal Bar Association Local Rules Committee. She has presented and/or co-chaired numerous CLE's on topics ranging from E-Discovery practices to Intellectual Property.  Following her graduation from Columbia Law School, Karin served as a law clerk to the Honorable John C. Coughenour in the U.S. District Court for the Western District of Washington, and as a law clerk to the Honorable Robert E. Cowen of the U.S. Court of Appeals, Third Circuit.

### Ellen J. Wen



**Education**

- University of Washington School of Law
- Colorado College (BA)

**Admissions**
- Washington
- Western District of Washington
- Eastern District of Washington

Ellen J. Wen is an Associate Attorney at Cotchett, Pitre & McCarthy, LLP whose practice focuses on consumer protection class actions, false claims and whistleblower matters, shareholder rights and corporate governance, antitrust and global competition, environmental law, privacy and intellectual property, and securities and financial fraud matters. Ellen developed her legal and advocacy experience through a variety of public interest, judicial, and academic settings. During law school at the University of Washington School of Law, she represented individuals harmed by police misconduct and public officials through the Civil Rights and Justice Clinic. She also served as Editor-in-Chief and Chief of Diversity and Inclusion of the Washington Journal of Social and Environmental Justice. In addition, Ellen completed judicial externships with Judge Tana Lin of the United States District Court for the Western District of Washington and Justice Mary Yu of the Washington State Supreme Court, where she gained experience across a range of legal issues and judicial proceedings. Outside of her practice, Ellen serves as a board member of the Chong WA Benevolent Association, where she works with community leaders to promote Chinese culture and support community welfare initiatives. Ellen is a dual citizen of the United States and Taiwan and speaks Mandarin Chinese.