**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| *In re: Cognizant/TriZetto Data Security Incident* | Case No. 2:25-cv-18908-MCA-AME<br><br>**[PROPOSED] ORDER APPOINTING LEADERSHIP STRUCTURE** |

THIS CAUSE comes before the Court upon Plaintiffs' application for the appointment of Interim Co-Lead Class Counsel, Plaintiffs' Steering Committee and Liaison Counsel pursuant to Rule 23(g) of the Federal Rules of Civil Procedure. Dkt. No. 61.

Having reviewed the application of counsel and the agreed-upon leadership proposal, and there being no objections, and on notice to counsel for Defendants, and good cause appearing,

IT IS THIS _____ day of May, 2026

ORDERED as follows:

**I.      Organization of Plaintiffs' Counsel**

1.      *Co-Lead Class Counsel.* Nickolas J. Hagman of Cafferty Clobes Meriwether & Sprengel LLP, Thomas E. Loeser of Cotchett Pitre & McCarthy LLP, and Ashley M. Crooks of Hausfeld LLP shall serve as Co-Lead Class Counsel. Co-Lead Class Counsel shall also be supported by the following structure:

   a.      **Liaison Counsel.** Jason H. Alperstein of Carella, Byrne, Cecchi, Brody & Agnello, P.C.

   b.      **Plaintiffs' Steering Committee.** A plaintiffs' steering committee of five members: Natalia Perez of Laukaitis Law, LLC; Matthew C. De Re of Zimmerman Law Offices, P.C.; Adam T. Savett of Wolf Popper LLP; Joel B. Strauss of Kaplan Fox & Kilsheimer LLP; and Andrew J. Heo of Barrack, Rodos & Bacine.

3.     ***Duties of Co-Lead Class Counsel***. It shall be Co-Lead Class Counsel's duty to coordinate the responsibilities of Plaintiffs' Steering Committee, schedule Plaintiffs' Steering Committee meetings, keep minutes or transcripts of these meetings, appear at periodic court noticed status conferences, and to perform other necessary administrative or logistic functions to ensure the functions of Plaintiffs' Steering Committee are conducted in an efficient and professional manner or any other duty as the Court may order. Co-Lead Class Counsel's duties include coordinating the efforts of Plaintiffs' Steering Committee in conducting the litigation, including but not limited to, the following:

**Discovery**

a.     Initiate, coordinate, and conduct all pretrial discovery on behalf of all Plaintiffs who file civil class actions in this Court or that are transferred to this Court pursuant to 28 U.S.C. § 1407.

b.     Develop and propose to the Court schedules for the commencement, execution, and completion of all discovery on behalf of all Plaintiffs and the putative Class.

c.     Initiate, coordinate, and cause to be issued in the name of all Plaintiffs and the putative Class the necessary discovery requests, motions, and subpoenas pertaining to any witness and documents needed to properly prepare for class certification and the pretrial of relevant issues found in the pleadings of this litigation.

d.     Conduct all discovery in a coordinated and consolidated manner on behalf of and for the benefit of all Plaintiffs and the putative Class.

**Motion Practice and Hearings**

    a.    Submit any motions presented to the Court or Magistrate on behalf of all Plaintiffs and the putative Class as well as oppose, when necessary, any motions submitted by the Defendants or third parties.

    b.    Examine or designate other counsel to examine witnesses and introduce evidence at hearings on behalf of Plaintiffs and the putative Class.

    c.    Act or designate other counsel to act as spokesperson(s) for Plaintiffs and the putative Class at pretrial proceedings and in response to any inquiries by the Court.

**Contact with Defense Counsel**

    a.    Initiate, coordinate, and conduct the requisite meet and confers with Defendants, confer with Defendants regarding procedural matters, and negotiate and enter into stipulations with Defendants regarding this litigation.

    b.    Explore or designate other counsel to explore, develop, and pursue settlement discussions with Defendants on behalf of Plaintiffs and the putative Class.

**Oversight of Plaintiffs' Steering Committee**

    a.    Call meetings of counsel for Plaintiffs for any appropriate purpose.

    b.    Monitor the activities of the Plaintiffs' Steering Committee and other co-counsel to ensure that schedules are met and unnecessary expenditures of time and funds are avoided.

4.      All communications from Plaintiffs or the putative Class with the Court should be through Co-Lead Class Counsel or Liaison Counsel. If circumstances require direct correspondence with the Court by an individual counsel, copies of any said communications shall simultaneously be served upon Co-Lead Class Counsel.

5.      All other Plaintiffs' counsel who are or may become involved in the above-captioned action are prohibited from taking any action on behalf of the putative class in this case without advance authorization from Interim Co-Lead Class Counsel, except for an application to modify or be relieved from this Order.

6.      The mere communication of otherwise privileged information among and between Plaintiffs' counsel shall not be deemed a waiver of the attorney client privilege or the attorney work product immunity, as the Court recognizes that cooperation by and among counsel is essential for the orderly and expeditious resolution of this litigation.

It is hereby **ORDERED** that this Order shall apply to any action filed in, transferred to, or remanded to this Court which relates to the subject matter at issue in this case.

Dated: _____          _____

HON. MADELINE COX ARLEO, U.S.D.J.