**UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY**

|  |  |
|---|---|
| In re COGNIZANT/TRIZETTO DATA SECURITY INCIDENT<br><br>This Document Relates to: All Actions | **Civil Action No. 25-18908-MCA-AME**<br><br>**ORDER FOR ADMISSION<br>PRO HAC VICE of<br>NATALIA PEREZ** |

This matter having come before the Court on the motion by Kevin Laukaitis, Esq., of the law firm Laukaitis Law LLC, attorneys for Plaintiffs, for the pro hac vice admission of Natalia Perez, Esq., pursuant to L. Civ. R. 101.1 [D.E. 60]; and the Court having considered the submissions in support of the motion, which reflect that Ms. Perez satisfies the requirements set forth in Rule 101.1(c) of the Local Rules of the United States District Court for the District of New Jersey; and all parties having consented to this application; and for good cause shown,

**IT IS** on this 21st day of May 2026,

**ORDERED** that the motion for the pro hac vice admission of Natalia Perez, Esq. [D.E. 60] is **GRANTED**; and it is further

**ORDERED** that Natalia Perez, a member in good standing of the Bar of the District of Columbia, be permitted to appear pro hac vice in the above-captioned matter pursuant to Local Civil Rule 101.1(c); and it is further

**ORDERED** that, in connection with this admission pro hac vice, Ms. Perez shall comply with the following:

1. Abide by Local Civil Rule 101.1(c) and all rules of this Court, including all disciplinary rules;

2. Notify the Court immediately of any matter affecting her standing at the bar of any court;

3. Be deemed to consent to the appointment of the Clerk of the Court as the agent upon whom service of process may be made for all actions that may arise from her participation in this matter;

4. Make all required payments to the New Jersey Lawyers' Fund for Client Protection (the "Fund") in accordance with Local Civil Rule 101.1(c)(2) and New Jersey Court Rule 1:28-2(a), and continue to make payment, or cause payment to be made, for each calendar year in which she continues to represent Plaintiffs before this Court. Moreover, in accordance with New Jersey Court Rule 1:21-2, pro hac vice counsel shall provide a copy of this order to the Fund with counsel's submission of all such payments; and

5. Pay $250.00 to the Clerk of the United States District Court for the District of New Jersey for admission pro hac vice in accordance with L. Civ. R. 101.1(c)(3), if she has not already done so in connection with this action; and it is further

**ORDERED** that movant Kevin Laukaitis, or another attorney associated with the law firm Laukaitis Law LLC who is admitted to practice law in this District, shall (a) be attorney of record in this case in accordance with L. Civ. R. 101.1(c); (b) be served all papers in this action and such service shall be deemed sufficient service upon pro hac vice counsel (c) sign all pleadings, briefs, and other papers submitted to this Court; (d) appear at all proceedings unless expressly excused by the Court; and (e) be responsible for the conduct of pro hac vice counsel in this matter; and it is further

**ORDERED** that pro hac vice counsel may file a request with the Clerk of Court, using the form made available on the District Court's website, for pro hac vice counsel to receive electronic notifications in this matter; and it is further

**ORDERED** a copy of this Order shall be served on all parties within seven (7) days of the date hereof.

/s/ *André M. Espinosa*
ANDRÉ M. ESPINOSA
United States Magistrate Judge
