**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| *In re: Cognizant/TriZetto Data Security Incident* | Case No.: 2:25-cv-18908-MCA-AME |

**NOTICE OF MOTION FOR LEAVE TO CONDUCT DISCOVERY
WITH RESPECT TO DEFENDANTS' MOTION TO TRANSFER
CONSOLIDATED ACTIONS TO EASTERN DISTRICT OF MISSOURI**

**PLEASE TAKE NOTICE** that on July 6, 2026, or as soon thereafter as counsel may be heard, the undersigned attorneys for Plaintiffs[1] shall move before the Honorable Modeline Cox Arleo, U.S.D.J., at the United States District Court for the District of New Jersey located at the Martin Luther King, Jr. Federal Courthouse, 50 Walnut Street, Newark, New Jersey 07101, for an Order granting Plaintiffs' Motion for Leave to Conduct Discovery with Respect to Defendant's Motion to Transfer Consolidated Actions to Eastern District of Missouri [Dkt. No. 54].

**PLEASE TAKE FURTHER NOTICE** that in support of this motion, the undersigned relies upon Plaintiffs' Memorandum of Law.

**PLEASE TAKE FURTHER NOTICE** that, for the Court's convenience, a proposed form of Order is submitted herewith.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to L. Civ. R. 78(1)(b), counsel respectfully requests oral argument on this motion.

Dated: June 1 , 2026.                **CARELLA, BYRNE, CECCHI,
BRODY & AGNELLO, P.C.**

By:    */s/ Jason H. Alperstein*
        JASON H. ALPERSTEIN

---

[1] Gayle Burge, Ana Lamaire, Natanya Pope, and Norberto Claudio, Melissa Trimble, Joanne Torkomian, Fatima Chaaban, Kathy Noble-Mayer, Marquintha Johnson, Lori DeLaRiva, Billy Simpson, Suzanna Elich, Ray Madoff, Felicia Billingslea, Michael Conrad, Charein Faraj, Michelle Ley, Stacey Marchand, Annabelle Patterson, Lisa Scorpio, Theresa Ilene, Harris Vaughn Marion Barnett, Jim Caldwell, John Wolf, Lana Whiteside, Shannon Lee, Joseph Sawyer, and Andrew Halcarz.

James E. Cecchi
Jason H. Alperstein
5 Becker Farm Road
Roseland, New Jersey 07068
Telephone: (973) 994-1700
Facsimile: (973) 994-1744
jcecchi@carellabyrne.com
jalperstein@carellabyrne.com

Bryan L. Clobes
Nickolas J. Hagman (*pro hac vice*)
**CAFFERTY CLOBES**
**MERIWETHER & SPRENGEL LLP**
135 S. LaSalle, Suite 3210
Chicago, IL 60603
bclobes@caffertyclobes.com
nhagman@caffertyclobes.com

Thomas E. Loeser (*pro hac vice*)
**COTCHETT PITRE & MCCARTHY LLP**
1809 7th Avenue, Suite 1610
Seatle, WA 98101
Tel.: (206) 802-1272
tloeser@cpmlegal.com

Ashley M. Crooks
**HAUSFELD LLP**
33 Whitehall Street, 14th Floor
New York, NY 10004
Tel.: (646) 357-1100
acrooks@hausfeld.com

*Attorneys for Plaintiffs and the Proposed
Class*

2