# EXHIBIT A



# Software Engineer (.NET / Angular)

00067000051

| Date published | Location | Job category | Work model |
| --- | --- | --- | --- |
| Apr 01 2026 | Teaneck,NJ-Frank WBurr Blvd / United States | Technology & Engineering | Hybrid |

**Apply now**

Share

**About the role**

As a Software Engineer (.NET / Angular), you will make an impact by designing, building, and enhancing scalable healthcare technology solutions that support government healthcare programs. You will be a valued member of the TriZetto Healthcare Government Solutions engineering team, working closely with product owners, architects, and fellow engineers to deliver high-quality, modern applications that improve outcomes across the healthcare ecosystem.

In this role, you will:

Design, develop, and enhance software features using .NET C#, SQL Server, and Angular to support large-scale healthcare platforms
Build and support distributed, service-oriented, and cloud-native applications with a focus on scalability, reliability, and performance

**Work model**

We strive to provide flexibility wherever possible. Based on this role's business requirements, this is a hybrid position requiring 3 or 5 days per week in a Cognizant office in New Jersey. Regardless of your working arrangement, we are here to support a healthy work-life balance through our various wellbeing programs.

The working arrangements for this role are accurate as of the date of posting and may change based on project, business, or client requirements. We will always be clear about role expectations.

**What you need to have to be considered**

Strong hands-on experience developing applications with .NET C#
Proficiency in SQL Server and relational database design
Experience building modern front-end applications using Angular
Solid understanding of distributed systems and service-oriented architectures
Experience working with containerization technologies and orchestration platforms

**These will help you stand out**

Exposure to cloud-native development practices and modern software architectures
Experience mentoring junior engineers and promoting coding best practices
Familiarity with AI-powered development tools to improve productivity and delivery speed
Experience working in healthcare, government, or highly regulated environments
Strong collaboration skills and the ability to work effectively with cross-functional teams

**Salary and Other Compensation:**

Applicants will be accepted till 3/28/2026

Cognizant will only consider applicants for this position who are legally authorized to work in the United States without company sponsorship.

*Please note, this role is not able to offer visa transfer or sponsorship now or in the future*

The annual salary for this position will be in the range of $90 - $105K depending on experience and other qualifications of the successful candidate.

This position is also eligible for Cognizant's discretionary annual incentive program, based on performance and subject to the terms of Cognizant's applicable plans.

Benefits: Cognizant offers the following benefits for this position, subject to applicable eligibility requirements

- Medical/Dental/Vision/Life Insurance
- Paid holidays plus Paid Time Off
- 401(k) plan and contributions
- Long-term/Short-term Disability
- Paid Parental Leave
- Employee Stock Purchase Plan

We're excited to meet people who share our mission and can make an impact in a variety of ways. Don't hesitate to apply, even if you only meet the minimum requirements listed. Think about your transferable experiences and unique skills that make you stand out and enable you to bring new and exciting ideas to this role.

**About us**

Cognizant (Nasdaq: CTSH) is an AI Builder and technology services provider, building the bridge between AI investment and enterprise value by building full-stack AI solutions for our clients. Our deep industry, process and engineering expertise enables us to build an organization's unique context into technology systems that amplify human potential, realize tangible returns and keep global enterprises ahead in a fast-changing world. See how at www.cognizant.com or @cognizant.

**Additional employment information**

Compensation information is accurate as of the date of this posting. Cognizant reserves the right to modify this information at any time, subject to applicable law.

Applicants may be required to attend interviews in person or by video conference. In addition, candidates may be required to present their current state or government issued ID during each interview.

Cognizant is an equal opportunity employer. Your application and candidacy will not be considered based on race, color, sex, religion, creed, sexual orientation, gender identity, national origin, disability, genetic information, pregnancy, veteran status or any other characteristic protected by federal, state or local laws.

If you have a disability that requires reasonable accommodation to search for a job opening or submit an application, please email CareersNA2@cognizant.com for roles based in the Americas or CareersIndia2@cognizant.com for roles based in India.

## Benefits that help you thrive and grow

Our benefits program is built with you in mind—so you can enjoy a fulfilling, balanced and healthy life.

**Financial wellbeing**

We regularly review market data to ensure compensation reflects the value you bring. Your benefits extend beyond pay and may include retirement plans, financial education, etc.

**Physical and mental health**

We empower you to prioritize your wellbeing through paid time off, flexible working where possible, healthcare plans, counselling, our Mental Health Allyship program and more.

**Your career, your way**

With 350,000+ roles at Cognizant, you'll have opportunities explore new technologies, industries and locations—and build the skills you need to grow your career.

**Real-world impact**

Think about the biggest brands you rely on. Chances are, they rely on us to help strengthen their business. Here, you'll turn bold ideas into solutions that improve lives everywhere.

## Your path to Cognizant

Here's what you can expect from our hiring process. Please keep in mind that it may vary by role and location. Explore our FAQs to learn more.



### Step 1: Apply to the right opportunity

Find an open role that matches your skills and career goals and show us why you're the person for the job. Don't see the right opportunity? Consider joining our Talent Community.



**Debashish Mishra**

*SAP MM Developer*

Cognizant has one of the best learning ecosystems you can ask for. From sponsored certifications to training platforms to mentorship, we have all that we need to grow.

## Haven't yet found the right opportunity?

Get the latest updates on job opportunities, recruitment events and company news —tailored just for you!

Be in the know

Candidate Privacy Notice    Talent Search Privacy Notice
Latest Vacancies    Terms
Privacy Notice    Applicant Notice
Fraud Alert    Notice to Third Party Recruiters

Cookies  /  Sitemap  /  Cognizant.com
© Cognizant 2025, all rights reserved.