**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| *In re: Cognizant/TriZetto Data Security Incident* | Case No.: 2:25-cv-18908-MCA-AME |

**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR LEAVE TO CONDUCT DISCOVERY WITH RESPECT TO DEFENDANTS' MOTION TO TRANSFER CONSOLIDATED ACTIONS TO EASTERN DISTRICT OF MISSOURI**

THIS MATTER having been opened to the Court by counsel for Plaintiffs and on notice to all counsel of record, for an Order granting Plaintiffs' Motion for Leave to Conduct Discovery with Respect to Defendants' Motion to Transfer Consolidated Actions to Eastern District of Missouri; and the Court having considered the papers filed in support of and in opposition to the motion; and the Court having considered oral argument, if any; and for good cause shown;

**IT IS** on this _____ day of _____, _____,

**ORDERED** that Plaintiffs' Motion for Leave to Conduct Discovery with Respect to Defendants' Motion to Transfer Consolidated Actions to Eastern District of Missouri be and hereby is **GRANTED**.

**ORDERED** that a copy of this Order shall be deemed served on all parties upon being uploaded to the CM/ECF system.

SO ORDERED.

_____

HON. MADELINE COX ARLEO, U.S.D.J.