# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

**CHAMBERS OF**
**ANDRÉ M. ESPINOSA**
**UNITED STATES MAGISTRATE JUDGE**

**MARTIN LUTHER KING JR.**
**COURTHOUSE**
**50 WALNUT STREET**
**ROOM 2037, COURTROOM 2D**
**NEWARK, NJ 07102**
**973.645.3827**

## LETTER ORDER

September 3, 2026

*By ECF and First Class Mail*
Mr. Jeff M. Edwards
Movant Pro Se
1406 Duster Cove
Cedar Park, Texas 78613

**Re: *Burge v. Cognizant Technology Solutions Corp., et al.*,**
**Civil Action No. 25-18908 (MCA) (AME)**

Dear Mr. Edwards:

The Court is in receipt of your motion to intervene as a co-plaintiff in the above-referenced action [D.E. 67]. The motion was filed on June 17, 2026. However, by order entered on June 9, 2026, the United States Judicial Panel on Multidistrict Litigation transferred this action to the United States District Court for the Eastern District of Missouri for coordinated pretrial proceedings with other similar actions. A copy of the June 9 Transfer Order is enclosed.

Accordingly, because the above-referenced action is no longer active in this District, your motion to intervene [D.E. 67] shall be **administratively terminated**. Should you wish to re-file your motion, you may do so in the Eastern District of Missouri, where the action proceeds under docket number 4:26-cv-00916.

The Clerk shall mail this Letter Order together with a copy of the June 9 Transfer Order [D.E. 66] to Mr. Edwards.

**IT IS SO ORDERED.**

*/s/ André M. Espinosa*
ANDRÉ M. ESPINOSA
UNITED STATES MAGISTRATE JUDGE

cc: All parties (by CM/ECF)
Clerk